# SECRETARY OF STATE
## STATE OF INDIANA
200 W. WASHINGTON STREET, INDIANAPOLIS, IN 46204
WWW.SOS.IN.GOV

## ORDER ADOPTING ABSENTEE PROCEDURES FOR VOTERS WITH PRINT DISABILITIES

*Whereas,* Indiana Code 3-11-4-5.8 *et seq.* (as amended by SEA 398-2021, SECTION 21) provides that the Secretary of State, with approval from the election division, shall develop procedures to allow print disabled voters to cast absentee ballots in a private and independent manner;

*Whereas,* the Secretary of State's office, in consultation and cooperation with the Indiana Election Division, has drafted the attached document entitled Absentee Procedures For Voters with Print Disabilities to implement the mandate created by IC 3-11-4-5.8;

*Whereas,* upcoming special elections, to be held on November 2, 2021 in Elkhart and Porter Counties, will be the first elections in which the provisions found in IC 3-11-4-5.8 will be implemented.

*Whereas,* the Absentee Procedures For Voters with Print Disabilities document provides guidance needed to allow the Election Division and county election officials to implement the accommodations provided to print disabled absentee voters under IC 3-11-4-5.8.

**NOW THEREFORE,** as the duly elected and acting Secretary of State of Indiana, I make the following findings and issue this Order:

## FINDINGS

**FINDING 1.** As of September 1, 2021, the Indiana Election Division Co-Directors have approved of the Absentee Procedures For Voters with Print Disabilities.

**FINDING 2.** As of the date of this Order, the Secretary of State has approved the Absentee Procedures For Voters with Print Disabilities.

**IT IS THERFORE ORDERED:**

**Section 1.** The attached Absentee Procedures For Voters with Print Disabilities is formally adopted as policy of the Indiana Secretary of State's office.

/s/ *[signature]* Date: 9-27-21
Holli Sullivan
Indiana Secretary of State

Page 1 of 1

ACBI000832

# Indiana Secretary of State



## Absentee Procedures For Voters with Print Disabilities

*In compliance with IC 3-11-4-5.8*

**September 27, 2021**

**This document does not reflect the views or opinions of the Indiana Election Commission**

ACBI000833

## 1.0 Eligibility for Using the Combined Form for Voters with Print Disabilities

Absentee voting is not a constitutional right. Instead, it is an accommodation extended by the state to qualified voters faced with an obstacle to voting in person on Election Day. When the state expands the right to vote an absentee ballot to a class of voters, it must do so in a uniform and nondiscriminatory manner. These procedures seek to provide the opportunity to a voter with a print disability to cast an absentee ballot privately and independently under IC 3-11-4-5.8. A "voter with print disabilities" is defined in IC 3-5-2-50.3 as "an individual who is unable to independently mark a paper ballot or ballot card due to blindness, low vision, or a physical disability that impairs manual dexterity."

The print disabled registration and absentee voting process is available to a voter who meets each of the following criteria:

1) U.S. citizen;
2) Resident of Indiana;
3) Will be at least 18 years of age at the next special election, general election, or municipal election;
4) Lives in the precinct, where the vote will be cast, for at least 30 days before the election, or is qualified under federal or state law to return to the precinct where they formerly resided and are still registered to vote;
5) Not currently in prison after being convicted of a crime;
6) Registered to vote; and
7) Self-certified as a voter with a print disability under the definition provided in IC 3-5-2-50.3.

The combined form prescribed by the Indiana Election Division for voters with print disabilities will include an attestation that the voter meets the definition of a "voter with print disabilities" as described above.

## 1.1 Combined Form Used to Register To Vote And Appy for an Absentee Ballot Used by Voters with Print Disabilities

Voters with print disabilities will have access to a combined voter registration and absentee ballot application ("combined form"), which will be prescribed by the Indiana Election Division and be substantially similar to the Federal Post Card Application (FPCA), a combined voter registration and absentee application used by absent uniformed services and overseas ("UOCAVA") voters. A statement will be included on the combined form so the applicant can attest, under the penalties of perjury, that the individual is a voter with print disabilities.

State and federal law requires each county provide a voting system that allows a voter to vote privately and independently. Indiana law extends the requirement to in-person absentee voting. The number of individuals with a print disability who use these voting systems is unknown as any voter, regardless of disability, may use the accessible voting system at the polling place or during in person absentee voting. In fact, most Indiana counties use a voting system with an audio-enabled ballot and tactile or braille-enabled keys that are integrated at each voting station used for in-person absentee voting or on Election Day.

An advantage of the combined voter registration and absentee ballot request is that it allows a voter to register to vote, update their registration, and request an absentee ballot all on one form for the calendar year, January 1 to December 31. (IC 3-11-4-6) This combined form can be faxed, emailed, mailed, or hand-delivered, and will be made available online through IndianaVoters.com.

Once received, the combined form for voters with print disabilities will be entered into SVRS by county election officials. Confirmation of receipt and processing of the form will be available through the voter's customized portal on IndianaVoters.com. Changes made to the voter's registration information will be reflected on the portal after the required seven (7) day pending period expires; absentee information will be presented once the application portion is reviewed and approved.

An Indiana absentee application activity report, generated by the Statewide Voter Registration System (SVRS) on June 2, 2021, shows that in the 2020 General Election, 490 individuals claimed the status of a voter with disabilities on the absentee by mail application. Another potential group that may use the combined form are the 9,237 voters who cast their ballots via absentee travel board during the 2020 General Election. According to Bosma Enterprises, approximately 160,000 Hoosiers are blind or have visual disabilities.

**Combined Form: Voter Registration**

The combined form can be used to register to vote for the first time in Indiana or update a voter's Indiana registration. As a voter registration document, the individual must be able to answer affirmatively that they are a U.S. citizen and will be 18 on or before the date of the general, municipal, or special election. Failure to respond to one or both questions will result in an incomplete registration, requiring the county voter registration official to attempt to contact the voter to resolve the issue. Incomplete registrations due to failure to respond to one or both questions are rejected twenty-nine (29) days before the election, which is the deadline date for the voter to file a new combined form, state or federal voter registration form, or an attestation under penalties the voter meets these two qualifications. If a voter answers "no" to one or both questions, the combined form is rejected.

For registration purposes, the voter must also include information such as their residence address, date of birth, and an identification number. Federal and Indiana state law requires the identification number to be the voter's Indiana driver's license, learner's permit, or state ID ("credential") number. If the voter does not have an Indiana credential number, the individual may provide the last four digits of their social security number. If the voter does not have a social security number, then the voter must indicate "none" and a number generated by SVRS is provided to the voter. (IC 3-7-13-13)

However, voters using the online portal at IndianaVoters.com must use an Indiana driver's license, state ID issued by the BMV, or learner's permit number to register to vote. This requirement extends to all voters using the online module pursuant to Indiana state law, as the Indiana Election Division and the Indiana Bureau of Motor Vehicles have a memorandum of understanding allowing SVRS to pull signatures from BMV records and add them to the voter's registration record.

If a voter does not provide the required information for purposes of registering to vote for the first time or updating their Indiana registration, then the county voter registration official must mark the combined form as incomplete and reach out to the voter in an attempt to correct the error. Some of these items can be corrected over the phone; alternatively, the voter can file a new combined form to perfect the filing. More details about incomplete registrations can be found in the *2020 Voter Registration Guidebook.* (IC 3-7-34)

Voters with print disabilities using the combined form must meet the same voter registration deadline as non-UOCAVA Indiana voters, which requires the form to be filed not later than twenty-nine (29) days before the election.

County voter registration officials will need to make requested changes to a voter's registration information and follow the general voter registration guidelines to review, approve, and send an acknowledgement card required by IC 3-7-33-5. If a voter with print disabilities using the combined form

ACBI000835

does not have a change to their voter registration information, then the county voter registration official simply affirms the person is registered to vote and the combined form can be reviewed by county election officials as the voter's absentee application.

**Combined Form: Absentee Application**

According to IC 3-11-4-6, the absentee ballot application on the combined form is valid for one calendar year, beginning January 1 and expiring on December 31, in the year it was received by the voter's county election official. The county election official will confirm the voter is registered to vote at the address on file in SVRS. If the voter is not registered or the registration (that is, residence) address on the combined form does not match the Indiana address they are registered to vote at, then the combined form will need to be reviewed by county voter registration officials (see above).

This is a benefit to voters with print disabilities, as a traditional ABS-Mail, ABS-Traveling Board, or ABS-In Person application would be rejected if the voter's residence address on the absentee application does not match the residence address in SVRS. Assuming the registration period has not closed, the county voter registration official is able to use the combined form to make the change to the registration record. Once the registration is out of "pending" status, the voter's absentee ballot can be sent.

The voter will indicate on the combined form how the absentee ballot is to be delivered: by mail, fax, or email. If requesting a mailed absentee ballot, the voter must provide a mailing address or indicate their residence address and mailing address is the same. If requesting an emailed absentee ballot, then the voter must provide an email address.

A combined form can be returned by fax, email, hand delivery, or by mail. Efforts are being made to explore the potential for adding this functionality to IndianaVoters.com. If filing a paper copy of the form, then the voter must be able to personally sign their name or make their mark on the combined form. It is possible for nearly any person to assist the voter in signing the combined form, except for the voter's union representative or employer. (IC 3-11-9-2-(a)) If the voter's attorney-in-fact signs the application on behalf of the voter, a copy of the power of attorney must be filed with the application. (IC 3-11-4-2(b))

If functionality is added to the online portal on IndianaVoters.com to allow the submission of the combined form, the voter's signature associated with their Indiana BMV record will be applied to the combined form. This requires the voter to have an Indiana credential number (that is, the number found on the Indiana driver's license, state ID card, or learner's permit) on their registration record.

Voters who do not have an Indiana credential number on file will be prompted to add the number to their registration, if the voter wants to submit the combined form using the contemplated online portal. This modification to add a credential number is treated as a correction, meaning the voter's registration will not go into a seven (7) day pending period.

If the voter is qualified and the combined form is timely filed and approved by county election officials, the voter may be eligible to receive absentee ballots in each of the primary, general, municipal, or special elections conducted in their precinct during the calendar year. To receive an absentee ballot for the May primary election, the voter must indicate their political party preference (or non-partisan, if there is a local public question on the May ballot). Indiana law requires all voters to select a Democratic or Republican Party ballot in the primary election, as a voter must affiliate with one of the major political parties to participate in the primary election to nominate candidates for the November general or municipal election.

Indiana law requires county election officials to rescind the absentee application portion of the voter's combined form for the remainder of the calendar year if the absentee ballot mailed to the voter is returned

ACBI000836

as undeliverable. (IC 3-11-4-6(e)) A voter with print disabilities must submit a combined form on or after January 1 each year to renew their absentee application for the calendar year (and to make changes in registration information, if applicable).

**Voter Registration Changes and Subsequent Status of the Absentee Application on a Combined Form**

Voters with print disabilities will be encouraged to use the combined form when updating their registration, regardless if the voter moves within the county or to a different Indiana county. The combined form is a benefit to voters with print disabilities as it updates a voter's registration record, expands the methods for an absentee ballot to be sent and received to include mail, fax, or email, and serves as a request for an absentee ballot for one calendar year (January 1 to December 31).

However, a voter with print disabilities can update their registration using the traditional state or federal paper registration forms, the state's online voter registration portal, or through alternative methods if the individual decides to vote in-person on Election Day. In these instances, Indiana state law requires that the voter's combined form and their request for absentee ballot remains active for the calendar year, assuming the voter remains within the county. (IC 3-11-4-6(e))

As noted above, an absentee ballot mailed to the voter that is returned as undeliverable will rescind the absentee application portion of the combined form until a voter files a new combined form. Indiana state law requires the ballot be sent to the voter's mailing address on their absentee ballot application and the ballot be sent by non-forwardable mail. (IC 3-11-10-24(c))

Should a voter with print disabilities with a combined form on file with a county indicate a move to new Indiana county on any voter registration document, then the combined form is cancelled in their former county. The voter must file a new combined form with their new county for their absentee ballot request to remain active for the calendar year.

A voter with print disabilities that files a written request to cancel their registration or indicates a move out-of-state will have their registration status moved to "cancelled" and their combined form would expire. Other voter list maintenance activities related to voter status can be found in the *2020 Indiana Voter Registration Guidebook.*

## 1.2 Submitting an Absentee Ballot Application using the Combined Form

A voter with a print disability may file a combined voter registration and absentee application form, as prescribed by the Indiana Election Division, with county or state election officials using the following methods:

1) Mail;
2) Email;
3) Fax;
4) In person;
5) Or, pending requirements gathering and approval, online at IndianaVoters.com after logging in to their customized voter portal page. Submitting the combined form using the online portal requires the voter to have an Indiana credential number (that is, Indiana driver's license number, state ID card issued by BMV, or learner's permit number) for the voter's signature on file with the BMV to be applied to the online submission.

## 1.3 Processing the Absentee Application of the Combined Form by County Officials

The appointed member of the county election board or their designee or a two-person, bi-partisan absentee voter board nominated by their respective county chair and appointed by the county election board to handle absentee ballot applications will review and process the combined form.

In most respects, the review process is analogous to that of any other absentee ballot application. However, as noted in section 1.1, the county voter registration official must review the combined form if a county election official finds the voter's residence address on the combined form does not match the voter's registration in SVRS. If the registration deadline has not passed, then the county voter registration official can process the combined form as a voter registration update. Once the acknowledgement card is printed and the seven (7) day voter registration pending period expires, county election officials can process the combined form as they would any "traditional" absentee application to vote by mail, travelling board, or in-person.

If the combined form is rejected for purposes of voter registration or absentee application, notice must be sent to the voter. For those applications that are denied as an absentee ballot application, the county election board must send notice to the voter, via their preferred method, that the application has been rejected not later than forty-eight (48) hours after the application is denied. (IC 3-11-4-17.5(d))

Indiana law requires a county election board to receive absentee ballots not later than fifty (50) days before the election, and absentee ballots must be sent to voters with a reviewed and approved absentee ballot application or combined form not later than five (5) days after the county receives their absentee ballots. Therefore, not later than forty-five (45) days from an election, voters with an approved absentee ballot application on file with the county election board will be sent their absentee ballot by mail, email, or fax, depending on the qualification of the voter.

After this initial push on or before forty-five (45) days before the election, a county election board must send an absentee ballot to the voter the same day the voter's absentee ballot application (or combined form for purposes of absentee voting) is approved.

Indiana law requires that the county election board include the absentee voters bill of rights with all absentee ballots sent by mail, email, or fax. This form will be considered by the Indiana Election Division to be provided in a large print version. Many counties also include additional instructions to the voter on separate documents. The Indiana Election Division will study the feasibility of providing large print versions of these documents and instruct counties. The Indiana Election Division will explore other alternative forms of accommodation.

The absentee ballot secrecy envelope used for absentee-by-mail ballots is a standardized form created by the Indiana Election Division and is not currently available in a large print format. The Indiana Election Division will explore providing large print versions to voters with print disabilities or to include a feature like a drilled hole next to the signature block to assist a voter with print disabilities locate the line to affix their signature.

**Returning an Absentee Ballot**

All absentee-by-mail voters must be able to personally mark their own ballot, insert their absentee ballot into the ballot secrecy envelope, and sign the affidavit (or make their mark on the affidavit) without assistance. A voter unable to do so must vote before an absentee voter board.

A travel board is a bi-partisan team that personally delivers the voter's ballot and is available to assist the voter. Indiana state law allows the county election board to unanimously agree to a resolution to permit the traveling board team to bring a direct record electronic voting system or a ballot marking device used

with an optical scan voting system to the voter. This equipment has features to permit a voter to vote at home privately and independently with the support of election officials, if requested. (IC 3-11-10-26.2)

Another option is to vote during the in-person absentee voting period, where an absentee voter board can assist a voter, if requested. The voter can also request the assistance of nearly any person, except their union representative or employer, if the voter requests the help before entering the voting booth and the assistant completes the PRE-3 form. Further, Indiana law requires accessible voting stations be available at in-person absentee voting locations.

The voter can also vote on Election Day and request the help of bi-partisan poll workers or any person except for the voter's employer or union representative, after the individual executes the PRE-3 form.

An absentee-by-mail voter can have assistance sealing the ballot secrecy envelope. While not required, a voter with disabilities can have their signature or mark attested to by an absentee voter board, a member of the voter's household, or an individual serving as attorney in fact for the voter. An affidavit for the person providing assistance is found on the absentee secrecy envelope. (IC 3-11.5-4-13(b) and (c)) An attestation by one of these individuals provides adequate basis for the absentee ballot counters to determine the genuineness of the voter's signature. (IC 3-11.5-4-13(d))

Voters with print disabilities using a combined form to request an absentee ballot be sent to them by fax or email must return their voted absentee ballot with the voluntary waiver to a secret ballot that will be substantially similar to the ABS-9 form used by military and overseas voters voting by fax or email. A voter with print disabilities must be able to personally mark their own ballot, which would include the voter's personal use of adaptive technology to complete their ballot. The voter must be able to affix their signature or mark to the ballot secrecy waiver. The voter's signature can be affixed to the secrecy waiver using traditional methods like an indelible ink or pencil, or by using a computer mouse or finger on a touch sensitive device.

It is not permissible to affix an electronic copy of signature to voter registration forms, absentee applications, or combined forms. The only exception is a voter using the online portal at IndianaVoters.com to submit a voter registration form, absentee application, or a combined form. In these instances, the voter's signature on record with the Indiana Bureau of Motor Vehicles is affixed.

**Counting Absentee Ballots**

All counties perform a central count of absentee ballots on Election Day. Indiana state law sets forth these procedures, which apply to all forms of absentee balloting submitted by any voter. The procedures can be found generally in the *2020 Election Administrators' Manual* published by the Indiana Election Division.

Counties must perform a signature review on all absentee ballots received by the county on Election Day. A second signature review is required on all absentee-by-mail ballots (whether submitted by voters using the ABS-Mail application or the combined form used by UOCAVA voters or voters with print disabilities); county election boards can adopt a resolution to forego the second signature review on voters voting before a traveling board or during in-person absentee voting. (IC 3-11.5-4-12)

If a signature is found not to be genuine, then the absentee ballot is to be treated as a provisional ballot and the voter notified of the signature issue. The notice sent to the voter allows the individual to attest that their signature is valid, which allows the county election board to count the absentee ballot if the voter is otherwise qualified.

It is possible for a bi-partisan absentee count team to reject an absentee ballot on Election Day. If an absentee ballot is rejected and it is before 4 pm (local prevailing time) on Election Day, the voter can

ACBI000839

receive from the county election board a Certificate of Absentee Ballot Rejection or Failure to Timely Receive Absentee Ballot by Mail (ABS-21) that will allow the voter to go to their Election Day voting location to vote in-person.

### 1.4 Checking the Status of a Combined Form Submission

As is currently the case with all registration information and absentee ballot applications, voters with print disabilities will be able to monitor the status of their submitted combined form by accessing their record on IndianaVoters.com, which will display one of the following business rule statuses currently in place:

1) Provisional;
2) Challenged;
3) Cancelled;
4) Approved;
5) In process;
6) Issued; or
7) Rejected.

### 1.5 Combined Form: Absentee Application Deadlines

To process a combined form for voters with print disabilities who prefer to vote absentee by-mail, the combined form must be received by county or state election officials not later than 11:59 pm (local prevailing time), twelve (12) days before Election Day.

The Indiana General Assembly did not amend the Indiana Election Code to provide the deadline for a voter with print disabilities to submit a combined form to request an absentee ballot by email or fax. Until the Indiana General Assembly acts to establish a deadline for this application a deadline date and time cannot be determined.

### 1.6 Casting A Print Disabled Absentee Ballot And Deadlines

Voters with a print disability may return their absentee ballot using one of the following four methods:

1) **Return by mail:** The absentee ballot must be received by the county election board not later than 6 pm, prevailing local time, on Election Day.
2) **Return in person:** A voter may return their print disabled absentee ballot in person to their county election office not later than 6 pm, local prevailing time, on Election Day. Additionally, a member of the voter's household, a bonded courier, or the voter's attorney-in-fact may hand deliver a completed absentee ballot to the county election board. This includes other familial relationships through adoption, birth, or marriage. (IC 3-11-10-24(e)) A person hand-delivering a completed absentee ballot must complete the ABS-19 form.
3) **Return by email:** Emailed absentee ballots must be received by 6 pm, prevailing local time, on Election Day. Additionally, voters with print disabilities must file the secrecy waiver form by this same deadline.
4) **Return by fax:** A voter may return their print disabled absentee ballot by fax. Faxed ballots must be received by 6 pm, prevailing local time, on Election Day. Additionally, voters with print disabilities must file the secrecy waiver form by this same deadline.

If a voter with print disabilities is unable to return their absentee ballot by the Election Day deadline, the voter can vote in person on Election Day at their designated polling site under IC 3-11.5-4-18, just as any other qualified absentee voter. Voting in person on Election Day will require the voter to surrender their

absentee ballot that is sealed and signed to poll workers at the voting location or complete form PRE-5, attesting that the voter did not receive their requested absentee ballot.

Additionally, it is possible for a voter to surrender their absentee ballot before Election Day to vote absentee in-person, allowing for the use of accessible voting equipment. The voter would need to bring their absentee ballot sealed in the secrecy envelope and signed by the voter (or, if sent by email or fax, the voter's ballot and signed secrecy waiver) and complete the ABS-5 form. The voter's original ballot will be marked as rejected, and the voter may then complete the absentee in-person (or "early voting") process prescribed in Indiana state law.

Alternatively, it is possible for the circuit court clerk to deliver the replacement absentee ballot by mail fax, or email, if the voter submitted a combined form for voters with print disabilities that permits the use of a faxed or emailed ballot.

If a voter makes an error on their absentee ballot or the county election board determines a ballot contained an error, then the voter can request a replacement absentee ballot using the ABS-5 form. Voters with print disabilities that have a combined form on file would receive their absentee ballot in the form requested – by mail, email, or fax.

### 1.7 Checking the Status of a Voter's Absentee Ballot

As is currently the case with all absentee ballots, voters can monitor the status of their absentee ballot by accessing their record on the Indiana Voter Portal (IndianaVoters.com) which will display one of the following statuses:

1) Not issued;
2) Accepted;
3) Cancelled;
4) Received;
5) Reissued;
6) Rejected;
7) Issued;
8) Undeliverable; or
9) Not received.

### 1.8 Waiver of Secret Ballot for Voters with Print Disabilities Requesting an Absentee Ballot by Fax or Email

All voters choosing to vote absentee by fax or email relinquish some degree of ballot security and secrecy as a result of not casting their ballot in person. In return for the convenience of receiving and delivering the voted ballot by fax or email, and consistent with IC 3-11-4-6, voters with print disabilities must relinquish ballot secrecy in the same way UOCAVA voters do by completing the Voluntary Waiver of Secret Ballot found on the ABS-9 form.

The Indiana Election Division will edit the existing ABS-9 form to create a secrecy waiver to apply to voters with print disabilities ("secrecy waiver") using the combined form to request an absentee ballot by email. Further, if a voter does not return the secrecy waiver, then the county election board must reject the absentee ballot. (IC 3-11-4-6(h))

When a faxed or emailed ballot is returned to the county election board, the absentee ballot is printed and stored in a ballot secrecy envelope. The Indiana Election Division will update this form envelope to make

ACBI000841

clear it is also used to place returned faxed and emailed absentee ballots voted by voters with print disabilities. Officials will indicate on the outside of the envelope that it contains a ballot returned by a qualified voter by email. The secrecy waiver is attached to the ballot secrecy envelope along with the voter's combined form for processing on Election Day, assuming the voter's signature is found to be genuine.

On Election Day, a bi-partisan remake team will remove the emailed or faxed absentee ballot from the ballot secrecy envelope and place a serial number on the printed document. The team will place the same serial number on an optical scan ballot card (often referred to as a paper ballot) used in the voter's assigned precinct. The team remakes the voter's choices on the ballot card, as the ballot card is designed to be read by the voting system's tabulating software. (The systems are not designed to read "normal" paper.) Remake teams are guided generally by IC 3-12-1 for determining the voter's intent. The serial numbers are important should a recount or contest action be filed in the election. The serial numbers on the printed paper document are used to find the optical scan ballot card used by the remake team to ensure the team correctly determined the voter's intent. (IC 3-12-3-5)

Alternatively, the voter may request a replacement absentee ballot under IC 3-11.5-4-2 by filing the absentee ballot replacement request form (ABS-5), and vote absentee in person at the office of the circuit court clerk or at a satellite location established under IC 3-11-10-26.3. It is also possible for the circuit court clerk to deliver the replacement absentee ballot by mail, fax, or email, if the voter submitted a combined form for voters with print disabilities that permits the use of a faxed or emailed ballot.

The voter may also vote on Election Day, in person at their designated polling site under IC 3-11.5-4-18, just as any other qualified absentee voter. Voting in person on Election Day will require the voter to surrender their absentee ballot or complete form PRE-5, attesting that the voter did not receive their requested absentee ballot.

## 1.9 New Form Impacts

1) Combined Form for Voters with Print Disabilities
    a. Voter Registration and Absentee Ballot Request for Voters with Print Disabilities
    b. This form should include language allowing the voter to attest, under penalties of perjury, the individual is a voter with a print disability
2) Ballot Secrecy Waiver for faxed/emailed ballots
    a. Cover Sheet and Affidavit for Voters with Print Disabilities, which waives the voter's right to cast a secret ballot.

The Indiana Election Division must prescribe all election and voter registration forms according to IC 3-5-4-8. These two forms may be produced in an alternate format or in large print. Other documents used with the voter registration and absentee balloting procedures, such as notice related to signature mismatch, will be evaluated for alternate formats by the Indiana Election Division.

## 1.10 Web Accessibility Testing Impacts

Pursuant to IC 3-5-2-53.5, the print disabled absentee ballot procedures will utilize version 2.1 of the Web Content Accessibility Guidelines (WCAG) published by the World Wide Web Consortium.

At a minimum, the following will need to be tested for WCAG 2.1 compliance:

1) The Indiana Voter Portal (IndianaVoters.com);
2) Combined form used by voters with print disabilities;
3) Ballot Secrecy Waiver; and

ACBI000842

    4) County Contact Form.

The State is currently exploring options for using a company to assist with testing our assets against the WCAG, which would include utilizing individuals with visual disabilities and various adaptive technology. Testing may include assistive technologies, such as voice-to-text and screen reader devices, across multiple browsers and mobile operating systems.

### 1.11 Development Impacts to SVRS And IndianaVoters.com Public Website

Once approved by the Secretary of State and the Indiana Election Division, the following SVRS and Indiana Voter Portal application additions, made by PCC Technology, Inc dba Civix, are anticipated. The public-facing documents and web applications will comply with WCAG 2.1.

1) New form dropdowns for voters with print disabilities to access the combined form on IndianaVoters.com and, if approved following requirements gathering, allow the person to submit the form electronically, if the individual has an Indiana credential number for the system to access their electronic signature with the BMV;
2) New form dropdowns for fax/email ballot secrecy waiver for counties to select to generate the form in the system;
3) Add the combined form for voters with print disabilities to 'Voter Registration and Absentee Forms' page on the Indiana Voter Portal with a content / informational section;
4) Any necessary changes regarding voter registration applications and absentee ballot status tracking in the Indiana Voter Portal related to the inclusion of the combined form used by voters with print disabilities;
5) Include counts of combined forms submitted by voters with print disabilities as a new option on all voter registration and absentee ballot application reports in SVRS and Indiana State Registration System (ISRS), a version of SVRS available to subscribers under IC 3-7-26.4-6;
6) Include combined forms submitted by voters with print disabilities within election reports.
7) The ability to identify an absentee application attached to a voter's record in SVRS as a voter with print disabilities who filed a combined form, similar to current procedures used to enter the type of form such as ABS-Mail, ABS-Traveling Board, ABS-Attorney General, ABS-In Person, and FPCA.

### 1.12 Assumptions

1.) Any public-facing electronic system must comply with WCAG 2.1 at the time of implementation. The current standard adopted by the WCAG is WCAG 2.1. The Indiana Voter Portal is currently WCAG 2.0 AAA certified and will need to be recertified as a part of the WCAG 2.1. WCAG 2.2 is scheduled for release in 2021 but our procedures are statutorily pegged to 2.1. However, the Indiana General Assembly can update the WCAG standard in the future.
2.) Any requirements, implementation, or county guidance-based documentation shall be shared and reviewed by the Indiana Secretary of State Office and the Co-Directors of the Indiana Election Division to ensure state and county actions comply with required federal and state statutes including any decisions made by local, state, or federal courts.
3.) Static, informational content regarding procedures voters with print disabilities can use will not require the technical build of a new website. Any informational content for Hoosier voters can be found on the Indiana Voter Portal (IndianaVoters.com), Election Division, and/or the Secretary of State websites.
4.) Because the new voter registration and absentee procedures for voters with print disabilities are substantially similar to those currently used for UOCAVA voters, the Voting System Technical

Oversight Program (VSTOP) would not be involved unless there are voting system or electronic pollbook impacts. If so, then the Indiana Election Commission would certify any changes that need to be made to the voting systems and the Indiana Secretary of State would certify any changes that need to be made to the electronic pollbook.

### 1.13 Relevant Statutes

1) IC 3-5-2-50.3
2) IC 3-5-2-53.5
3) IC 3-5-4-8
4) IC 3-7-16-9.5
5) IC 3-11-4-3
6) IC 3-11-4-5.8
7) IC 3-11-4-6
8) IC 3-11-4-17.7
9) IC 3-11-10-1
10) IC 3-11-10-24
11) IC 3-11.5-4-2
12) IC 3-11.5-4-10
13) IC 3-11.5-4-13
14) IC 3-11.5-4-18

ACBI000844