# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF INDIANA, INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, KRISTIN FLESCHNER, RITA KERSH, and WANDA TACKETT,<br><br>                Plaintiffs,<br><br>                v.<br><br>INDIANA ELECTION COMMISSION; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; INDIANA SECRETARY OF STATE, in her official capacity, THE INDIANA ELECTION DIVISION; and THE CO-DIRECTORS OF THE INDIANA ELECTION DIVISION, in their official capacities.<br><br>                Defendants. | Case No. 1:20-cv-3118-JMS-MJD |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION TO COMPEL, VACATE HEARING, AND CONDUCT LATE DEPOSITION

Plaintiffs, by counsel, respectfully move to withdraw their Motion to Compel, to vacate the hearing scheduled for April 6, 2022, and to conduct a deposition after the discovery deadline. In support, Plaintiffs would show:

1. Plaintiffs filed a motion on March 25, 2022, for an order compelling non-party Civix to respond to a subpoena and request for production of documents, and to respond to a subpoena and produce a witness for a deposition. (Doc. #107).

2. On March 28, 2022, the Court issued an order directing Civix and Plaintiffs to finish briefing the motion to compel and setting a telephonic hearing on the motion on April 6, 2022, at 12:00 p.m. (Doc. #109).

3. After the Court issued its order, Plaintiffs and Civix further conferred concerning the motion and subpoenas, and have reached a tentative resolution on the outstanding issues. Specifically, Civix has agreed to produce the requested documents by April 12, 2022, and has agreed to produce a witness for a deposition to be completed on or before April 28, 2022.

4. Because Plaintiffs and Civix have reached a tentative agreement with respect to these matters, Plaintiffs do not currently require the Court to order Civix to comply, and wish to have the Court vacate the briefing schedule and hearing.

5. However, based on the above proposed resolution, the deposition of Civix cannot be completed before the April 8, 2022, deadline to conduct non-expert discovery and discovery related to liability. (Doc. #70).

6. Therefore, Plaintiffs respectfully request leave to complete the 30(b)(6) deposition of Civix after the April 8, 2022, discovery deadline, on or before April 28, 2022.

7. Counsel for Defendants has previously indicated that Defendants have no objection to completing the deposition of Civix after the April 8, 2022, discovery deadline.

8. Granting this motion will not affect currently scheduled deadlines, including the May 4, 2022, deadline for Plaintiffs to file their motion for summary judgment.

WHEREFORE, Plaintiffs, by counsel, respectfully move the Court to (1) withdraw their Motion to Compel (Doc. #107); (2) to vacate the hearing scheduled for April 6, 2022, at 12:00 pm (Doc. #109); and (3) for leave to conduct the deposition of Civix on or before April 28, 2022.

Dated: April 1, 2022.

Respectfully submitted,

s/ Samuel M. Adams
Samuel M. Adams (No. 28437-49)
Thomas E. Crishon (No. 28513-49)
INDIANA DISABILITY RIGHTS
4755 Kingsway Drive, Suite 100
Indianapolis, Indiana 46205
Tel: (317) 722-5555
Fax: (317) 722-5564
tcrishon@indianadisabilityrights.org
samadams@indianadisabilityrights.org

Stuart Seaborn*
Rosa Lee Bichell*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel: (510) 665-8644
Fax: (510) 665-8511
sseaborn@dralegal.org
rbichell@dralegal.org

Christina Brandt-Young*
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636
cbrandt-young@dralegal.org

Jelena Kolic*
DISABILITY RIGHTS ADVOCATES
10 South LaSalle Street, 18th Floor
Chicago, IL 60613
jkolic@dralegal.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2022, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System for all parties, and otherwise and notice was provided via e-mail to:

>Jefferson S. Garn
>Deputy Attorney General
>Courtney Abshire
>Caryn Szyper
>OFFICE OF THE INDIANA ATTORNEY GENERAL
>Indiana Government Center South Fifth Floor
>302 W. Washington Street
>Indianapolis, IN 46204-2770
>jefferson.garn@atg.in.gov
>courtney.abshire@atg.in.gov
>Caryn.Szyper@atg.in.gov

>Attorneys for Defendants

I HEREBY CERTIFY that on April 1, 2022, the foregoing was sent to the following by electronic mail:

>CIVIX
>c/o Brittany Leonard
>bleonard@gocivix.com
>c/o Jayna Cacippo
>JCacioppo@taftlaw.com

>/s/ Samuel M. Adams
>Samuel M. Adams (No. 28437-49)
>Thomas E. Crishon (No. 28513-49)
>INDIANA DISABILITY RIGHTS
>4755 Kingsway Drive, Suite 100

Indianapolis, Indiana 46205
Tel: (317) 722-5555
Fax: (317) 722-5564
samadams@indianadisabilityrights.org
tcrishon@indianadisabilityrights.org

Stuart Seaborn*
sseaborn@dralegal.org
Rosa Lee Bichell*
rbichell@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center St #4
Berkeley, CA 94704
Phone: (510) 665-8644
Fax: (510) 665-8511

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Jelena Kolic*
DISABILITY RIGHTS ADVOCATES
10 South LaSalle Street, 18th Floor
Chicago, IL 60613
jkolic@dralegal.org

Attorneys for Plaintiffs

Case 1:20-cv-03118-JMS-MJD   Document 114   Filed 04/01/22   Page 6 of 6 PageID #: 1526

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2022, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System for all parties, and otherwise and notice was provided via e-mail to:

> Jefferson S. Garn
> Deputy Attorney General
> OFFICE OF THE INDIANA ATTORNEY GENERAL
> Indiana Government Center South
> Fifth Floor
> 302 W. Washington Street
> Indianapolis, IN 46204-2770
> jefferson.garn@atg.in.gov
> Attorneys for Defendant

*s/ Samuel M. Adams*