UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF INDIANA, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:20-cv-03118-JMS-MJD ) |
| INDIANA ELECTION COMMISSION, et al. | ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Withdraw Motion to Compel, Vacate Hearing, and Conduct Late Deposition [Dkt. 114] and Plaintiffs' Motion to Extend Pretrial Deadlines. [Dkt. 113]. Plaintiffs' Motion [Dkt. 114] is hereby **GRANTED IN PART**. The Clerk is directed to show Plaintiffs' Motion to Compel Discovery [Dkt. 107] as **WITHDRAWN** from the docket, and the April 6, 2022 telephonic hearing on that motion [Dkt. 109] is **VACATED**.

However, Plaintiffs' request to depose Non-Party CIVIX after the April 8, 2022 discovery deadline, and Plaintiffs' Motion to Extend Pretrial Deadlines [Dkt. 113] are now set for a telephonic hearing **at the same date and time** on **Wednesday, April 6, 2022 at 12:00 p.m. (Eastern)**. Counsel shall use the same teleconference call-in information to participate in the hearing as previously provided by the Court in its March 28, 2022 Scheduling Order [Dkt. 109]. Non-Party CIVIX is excused from participating in the hearing. In addition, on or before **April 5,**

**2022**, Defendants shall file any response to Plaintiffs' Motion to Extend Pretrial Deadlines. [Dkt. 113.]

    SO ORDERED.

Dated: 4 APR 2022

                                            Mark J. Dinsmore
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.