# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF INDIANA, INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, KRISTIN FLESCHNER, RITA KERSH, and WANDA TACKETT, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:20-cv-3118-JMS-MJD |
| v. | )<br>) |
| INDIANA ELECTION COMMISSION; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; INDIANA SECRETARY OF STATE, in her official capacity; THE INDIANA ELECTION DIVISION; and THE CO-DIRECTORS OF THE INDIANA ELECTION DIVISION, in their official capacities; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STATEMENT OF CLAIMS

Plaintiffs, by counsel, and pursuant to the Court's Order dated April 8, 2022 (Doc. #117), hereby submit their statement of Claims.

Plaintiffs' First Amended Complaint (Doc. #57) alleges that Indiana's absentee vote from home program discriminates against absentee voters with print disabilities by failing to provide a method for casting a private and independent ballot, in contrast to voters without print disabilities, and by requiring absentee voters for whom paper ballots are inaccessible to receive assistance from their county's traveling board, in violation of the Americans with Disabilities

Act (Count I) and the Rehabilitation Act of 1973 (Count II). Specifically, Plaintiffs allege that (1) paper ballots delivered and returned through the mail are not accessible to voters with print disabilities; (2) requiring that any assistance with the paper absentee ballot be provided by the traveling board alone does not permit voters with print disabilities to vote privately and independently or even receive any desired assistance from a scribe of their choice; and (3) Defendants' program for absentee ballots and related voting documents delivered and returned by email, as implemented for the May 2022 primary election and as planned for future elections, is not accessible to voters with print disabilities. Plaintiffs seek declaratory and injunctive relief.

Dated: May 10, 2022.

Respectfully submitted,

s/ Samuel M. Adams
Samuel M. Adams (No. 28437-49)
Thomas E. Crishon (No. 28513-49)
INDIANA DISABILITY RIGHTS
4755 Kingsway Drive, Suite 100
Indianapolis, Indiana 46205
Tel: (317) 722-5555
Fax: (317) 722-5564
tcrishon@indianadisabilityrights.org
samadams@indianadisabilityrights.org

Stuart Seaborn*
Rosa Lee Bichell*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor
Berkeley, CA 94704
Tel: (510) 665-8644
Fax: (510) 665-8511
sseaborn@dralegal.org
rbichell@dralegal.org

        Christina Brandt-Young*
        DISABILITY RIGHTS ADVOCATES
        655 Third Avenue, 14th Floor
        New York, NY 10017
        Tel: (212) 644-8644
        Fax: (212) 644-8636
        cbrandt-young@dralegal.org

        Jelena Kolic*
        DISABILITY RIGHTS ADVOCATES
        10 South LaSalle Street, 18th Floor
        Chicago, IL 60613
        jkolic@dralegal.org

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 10, 2022, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System for all parties, and otherwise and notice was provided via e-mail to:

        Jefferson S. Garn
        Deputy Attorney General
        Courtney Abshire
        Caryn Szyper
        OFFICE OF THE INDIANA ATTORNEY GENERAL
        Indiana Government Center South Fifth Floor
        302 W. Washington Street
        Indianapolis, IN 46204-2770
        jefferson.garn@atg.in.gov
        courtney.abshire@atg.in.gov
        Caryn.Szyper@atg.in.gov

        Attorneys for Defendants

/s/ Samuel M. Adams
Samuel M. Adams (No. 28437-49)
Thomas E. Crishon (No. 28513-49)
INDIANA DISABILITY RIGHTS
4755 Kingsway Drive, Suite 100
Indianapolis, Indiana 46205
Tel: (317) 722-5555
Fax: (317) 722-5564
samadams@indianadisabilityrights.org
tcrishon@indianadisabilityrights.org

Stuart Seaborn*
sseaborn@dralegal.org
Rosa Lee Bichell*
rbichell@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center St #4
Berkeley, CA 94704
Phone: (510) 665-8644
Fax: (510) 665-8511

Christina Brandt-Young*
cbrandt-young@dralegal.org
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

Jelena Kolic*
DISABILITY RIGHTS ADVOCATES
10 South LaSalle Street, 18th Floor
Chicago, IL 60613
jkolic@dralegal.org

Attorneys for Plaintiffs