30(b)(6)

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

AMERICAN COUNCIL OF THE     )
BLIND OF INDIANA,           )
INDIANA PROTECTION AND      )
ADVOCACY SERVICES COMMISSION,)
KRISTIN FLESCHNER,          )
RITA KERSH, AND             )
WANDA TACKETT,              )
                            )
        Plaintiffs,    )
                            )
    -v-              ) CAUSE NO
                     ) 1:20-cv-03118-JMS-MJD
                            )
INDIANA ELECTION COMMISSION; )
THE INDIVIDUAL MEMBERS OF THE)
INDIANA ELECTION COMMISSION, )
IN THEIR OFFICIAL CAPACITIES;)
INDIANA SECRETARY OF STATE,  )
IN HER OFFICIAL CAPACITY,    )
                            )
        Defendants    )

    The videoconferenced 30(b)(6) deposition of
Civix upon oral examination of SEAN FAHEY, a witness
produced and sworn remotely by me, Michele K
Gustafson, CRR-RPR, Notary Public in and for the
County of Marion, State of Indiana, taken on behalf of
the Plaintiffs, on April 15, 2022, at 1:02 p m , and
on April 26, 2022, at 1:03 p m , pursuant to the
Federal Rules of Civil Procedure

STEWART RICHARDSON DEPOSITION SERVICES
Registered Professional Reporters
(800)869-0873

## Page 2

1                    APPEARANCES
2
3   FOR THE PLAINTIFFS: (BY ZOOM)
4       Christina Brandt-Young, Esq
        Madeleine Reichman, Esq
5       DISABILITY RIGHTS ADVOCATES
        655 Third Avenue
6       14th Floor
        New York, NY 10017
7       Jelena Kolic, Esq  (present 4/15/22 only)
        DISABILITY RIGHTS ADVOCATES
8       10 South LaSalle Street
        18th Floor
9       Chicago, IL 60613
10      Rosa Lee Bichell, Esq
        DISABILITY RIGHTS ADVOCATES
11      2001 Center Street
        Fourth Floor
12      Berkeley, CA 94704
13
    FOR THE DEFENDANTS: (BY ZOOM)
14
        Courtney L  Abshire, Esq
15      OFFICE OF THE ATTORNEY GENERAL
        302 West Washington Street
16      IGCS, Fifth Floor
        Indianapolis, IN 46204
17
18  FOR THE DEPONENT:
19      Jayna Cacioppo, Esq
        TAFT STETTINIUS & HOLLISTER
20      One Indiana Square
        Suite 3500
21      Indianapolis, IN 46204-2023
22
23  ALSO PRESENT:  Brittany Leonard (by Zoom)
24
25

## Page 3

1           INDEX OF EXAMINATION
2                              PAGE
3   DIRECT EXAMINATION
4       Questions By Ms. Brandt-Young:        6
5   DIRECT EXAMINATION (CONTINUING)
6       Questions By Ms. Brandt-Young:       56
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1            INDEX OF EXHIBITS
2
    NUMBER    DESCRIPTION             PAGE
3
    Exhibit 1   NOTICE OF DEPOSITION OF CIVIX   122
4
    Exhibit 2   CIVIX AUTOMATED BALLOT DELIVERY   122
5               BROCHURE
    Exhibit 3   PROFESSIONAL SERVICES CONTRACT   122
6
    Exhibit 4   INDIANA STATEWIDE VOTER   122
7               REGISTRATION SYSTEM
                MODERNIZATION PROJECT
8               AMENDMENT 3--SOW 3
9
    Exhibit 5   VOTERS WITH PRINT DISABILITIES   122
10              FORM (ABS-VPD) ELECTRONIC
                SUBMISSION THROUGH
11              INDIANA VOTERS FSD - 01
    Exhibit 6   E-MAIL CORRESPONDENCE   122
12
    Exhibit 7   DRAFT SOP FOR VOTERS WITH PRINT   122
13              DISABILITIES
14
    Exhibit 8   E-MAIL CORRESPONDENCE   122
15
    Exhibit 9   E-MAIL CORRESPONDENCE   122
16
    Exhibit 10  BAKER TILLY POWERPOINT DOCUMENT   122
17
18
19
20
21
22
23
24
25

30(b)(6)

Page 5

1       THE REPORTER:  My name is Michele Gustafson,
2   an associate of Stewart Richardson Deposition
3   Services, located at One Indiana Square,
4   Suite 2425, Indianapolis, Indiana.  Today's date is
5   April 15, 2022.  The time is 1:02 p.m.  This
6   deposition is being held via Zoom.  The deponent's
7   name is Sean Fahey.
8       Will counsel please identify themselves and
9   any persons present with you for the record.
10      MS. BRANDT-YOUNG:  Christina Brandt-Young,
11  Disability Rights Advocates, appearing for the
12  plaintiffs.  Good afternoon everyone.
13      MS. KOLIC:  Jelena Kolic, also with the
14  plaintiffs and from Disability Rights Advocates.
15      MS. BICHELL:  Rosa Lee Bichell, also for the
16  plaintiffs and from Disability Rights Advocates.
17      MS. REICHMAN:  And Madeleine Reichman, also
18  with Disability Rights Advocates for the
19  plaintiffs.
20      MS. ABSHIRE:  Courtney Abshire, Office of the
21  Indiana Attorney General, for Defendants.
22      MS. CACIOPPO:  Jayna Cacioppo on behalf of the
23  witness and Civix.
24      MS. LEONARD:  Brittany Leonard, general
25  counsel for Civix.

Page 6

1       THE REPORTER:  All right.  Sir, if you can
2   raise your right hand for me, please.
3               SEAN FAHEY,
4   having been first duly sworn to tell the truth, the
5   whole truth, and nothing but the truth took the stand
6   and testified as follows:
7       THE WITNESS:  I do.
8       MS. BRANDT-YOUNG:  All right, Michele.  Are we
9   ready to proceed?
10      THE REPORTER:  Yes.
11      MS. BRANDT-YOUNG:  Excellent.  Thank you very
12  much.
13  DIRECT EXAMINATION
14  BY MS. BRANDT-YOUNG:
15  Q  Mr. Fahey, thank you very much for appearing here
16     today to answer our questions.  We're very
17     grateful.
18  A  You're welcome.
19      MS. BRANDT-YOUNG:  We just wanted to place on
20  the record that this deposition will be taken in
21  two parts.  Two hours of on-the-record time will
22  occur day, which is April 15, and another two hours
23  of on-the-record time will occur on April 26
24  starting at 1:00 Eastern.  I just wanted to confirm
25  that that's the understanding of all counsel.

Page 7

1       MS. ABSHIRE:  Understood.
2       MS. CACIOPPO:  That's correct.
3       MS. BRANDT-YOUNG:  Thank you very much.
4   Q  So, Mr. Fahey, as you may have heard, my name is
5      Christina Brandt-Young, and I am one of the
6      attorneys for the plaintiffs in this case.  Have
7      you ever had your deposition taken before?
8   A  I have.
9   Q  How many times?
10  A  Once.
11  Q  What kind of case was that about?  What was the
12     subject matter of the litigation?
13  A  It was with the State of Indiana related to their
14     use of the Interstate Crosscheck Program, commonly
15     referred to as the Kansas Interstate Crosscheck
16     Program.
17  Q  And what does that program check for?
18  A  It was established to compare records between
19     states and share back to states records that may
20     indicate an individual is registered in two places.
21  Q  Registered for what purpose?
22  A  For the purpose of voting.
23  Q  Did you have your deposition taken, did you testify
24     at trial, both?
25  A  Just deposition.

Page 8

1   Q  All right.  So since you've had your deposition
2      taken before, I'm going to tell you some stuff that
3      you probably already know but we will run through
4      these guidelines for just the purpose of review.
5      As you know, our court reporter is writing down
6      everything that is said today, so I need you to
7      give verbal responses so that she can write down
8      what your answers are.  It's important that we try
9      not to talk over each other, that if you don't
10     understand the question you ask me to clarify the
11     question, that sort of stuff.  Does that make
12     sense?
13  A  It does.  Thank you.
14  Q  And you indicated that today you're testifying
15     under oath the same as you would if you were giving
16     testimony in a court; right?
17  A  Yes.
18  Q  Great.  Where are you today?
19  A  Indianapolis, Indiana.
20  Q  Can you describe where you are in terms of is it
21     your home, your office, someone else's office?
22     What's the location where you are?
23  A  I'm in my office.
24  Q  Is anyone there present in your office with you?
25  A  No.

|   | Page 9 | | Page 10 |
|---|---|---|---|

**Page 9**

1  Q  During the deposition I will be introducing some
2     exhibits, and they're going to appear on your
3     screen and your attorneys' screen via the exhibit
4     share platform that we're utilizing today.  Today
5     it's Zoom.  We also provided those exhibits in a
6     .pdf format attached to an e-mail that we sent to
7     your attorneys, and we encourage your attorneys to
8     send you that e-mail so that you can open up those
9     two exhibits as a .pdf and manipulate them and read
10    through them if you want to check something or you
11    just want to look at the whole thing.  Does that
12    make sense?
13 A  It does.
14       MS. BRANDT-YOUNG:  Counsel, have the exhibits
15    been sent to the witness?
16       MS. CACIOPPO:  They have.
17       MS. BRANDT-YOUNG:  Great.
18 Q  Mr. Fahey, have you received that e-mail?  Do you
19    have access to the exhibits we're talking about?
20 A  I do, yes.
21 Q  Wonderful.  So while you are testifying today, do
22    you agree not to communicate via text or instant
23    message or e-mail or any other form of outside
24    communication while you're on the record?
25 A  Yes.

**Page 10**

1  Q  Thank you.  Do you agree not to look at any other
2     documents, papers, any information of any kind
3     while you're on the record besides the exhibits
4     that you've been directed to look at?
5  A  Yes.
6  Q  Thank you.  Do you have any documents or anything
7     like that that's with you that's out of the view of
8     the camera, anything on paper, anything on your
9     computer screen?
10 A  I pulled up the exhibit you referenced, so I do
11    have another screen with that up but nothing else.
12 Q  Thank you.  If we could continue to maintain that,
13    that would be perfect.
14 A  Okay.
15 Q  So you said that you pulled up another screen.
16    What kinds of devices are you using today to
17    participate in this deposition?
18 A  My laptop with an attached screen.
19 Q  Perfect.  If you don't hear or understand a
20    question or if you're just not sure what it was I
21    was going after, please tell me and I'll rephrase
22    it.  Okay?
23 A  Certainly.
24 Q  If you need a break at any time, let me know.
25    We'll answer the question that's pending and then

**Page 11**

1     we'll take whatever breaks you need.  Is that okay?
2  A  Yes.  Thank you.
3  Q  Sometimes for the purpose of saving time I'm going
4     to interrupt you, for which I apologize.  I know in
5     advance that it's going to happen, and so I just
6     wanted to say that I'm sorry about it but you
7     should not give me a ten-minute answer if I didn't
8     understand something that happened in the first
9     thirty seconds so that's why we'll do it that way.
10 A  Understood.  No offense taken.
11 Q  Thank you.  Sometimes I will also ask you to repeat
12    yourself.  Again, it helps me understand and I
13    appreciate your patience with that.
14       Today I'm asking you for your best
15    recollection in response to my questions.  If I ask
16    you to describe a conversation or a communication
17    and you don't remember the exact words, I'm going
18    to ask you to give me the gist and you're going to
19    give me the gist if you remember it.  Does that
20    make sense?
21 A  Yes, it does.
22 Q  Same thing.  You should not guess or speculate in
23    your answers, but if I ask you to estimate
24    something I'm entitled to your best estimate as
25    well.  Does that make sense?

**Page 12**

1  A  Yes, it does.
2  Q  If at any point during the deposition you remember
3     some information or you think of something that was
4     responsive to a question that I asked you before,
5     please don't hesitate to let me know and we'll go
6     back to that.  Is that okay?
7  A  Yes.
8  Q  If at any point you're having issues with the
9     audio, please let me know.
10 A  Will do.
11 Q  Fantastic.  Is there any reason that you can't give
12    full, complete, accurate testimony today?  Are
13    there any medications or illnesses or anything of
14    any kind that would affect your ability to be
15    accurate?
16 A  It's Friday afternoon, but no, nothing medical.
17    Thank you.
18 Q  All right.  Thank you.  So can you please explain
19    your job title and your employer, please.
20 A  Certainly.  My employer is Civix.  My job title is
21    client success manager.  In that capacity I manage
22    a number of teams across accounts.  As it relates
23    to discussion today, I manage the team that
24    supports the State of Indiana's voter registration
25    system.

30(b)(6)

| Page 13 |
|---|

1   Q How long have you been in that role?
2   A It's over ten years.
3   Q And are there any duties in your role that are
4     specifically related to disability access?
5   A I guess could you be more specific?  In some way I
6     guess it all is, in that we support systems that
7     are used by the states' constituents, some of whom
8     require assistance.
9   Q I understand that you're a client success manager.
10    Do all of the contracts or projects that you
11    supervise relate to voting?
12   A Not to voting because we don't operate in voting
13    per se, but voter registration, yes.
14   Q Would it be more accurate to say that your projects
15    relate to elections?
16   A Yes, it would.
17   Q Do you have any projects or clients that involve no
18    election work at all?
19   A I do not.
20   Q Okay.  What did you do in preparation for today's
21    deposition?
22   A I reviewed the material that was turned over to
23    you.
24   Q Out of that material, which did you think was the
25    most important, that required the most sort of

| Page 14 |
|---|

1    attention and time from you?
2   A I don't know that anything stood out as most
3    important.  It wasn't voluminous.  I was trying to
4    refamiliarize myself more with the timeline maybe
5    of conversations that got us to current state.
6   Q Did you meet with anyone in order to prepare for
7    today's deposition?
8   A Counsel.
9   Q Anybody else?
10   A No.
11   Q How many times did you meet with counsel?
12   A Couple.  Two, three maybe, just quick touch points.
13   Q Without telling me what you said to anyone or what
14    anyone said to you, how many hours did you spend
15    preparing for today's deposition?
16   A Maybe an hour and a half, two hours roughly.
17   Q So you said before that you reviewed the material
18    that was turned over to us for the purpose of
19    familiarizing yourself with the timeline that got
20    us to the current state.  Do you remember that?
21   A Refamiliarizing, so yes.
22   Q Can you give us a three-sentence summary?  What is
23    the current state?
24   A The State of Indiana had produced a new form that
25    they had asked us to incorporate into existing

| Page 15 |
|---|

1    systems, and we are developing code to do that.
2   Q What is the new form?
3   A It's a combined form that enables an individual to
4    both register or update their registration and
5    request to vote by absentee.
6   Q Can anyone in the state of Indiana use that form?
7   A No.  It is for use by those who self-assess that
8    they have a print disability.  That is the term
9    common used.
10   Q You said that Civix was asked to incorporate that
11    form into the existing systems.  Again, the
12    three-sentence summary, what are the existing
13    systems?
14   A Sure.  We support the State's voter registration
15    system -- we mostly refer to that as SVRS -- which
16    is a back end system used by county users, clerks
17    and users at the county level, to maintain their
18    roll of registered voters.  Then we also maintain a
19    public-facing portal where citizens can register
20    and review their registration information as well
21    as request an absentee ballot, among other
22    information related to elections.
23   Q All right.  So we're going to discuss that more.
24   A Okay.
25   Q A lot more.

| Page 16 |
|---|

1   A A lot more (laughing)?
2   Q A lot more (laughing).  For this exact moment let's
3    turn to the first of our exhibits.  Again, there
4    should only be two.
5       MS. BRANDT-YOUNG:  Let the record reflect that
6    we're marking as Exhibit 1 a file called
7    5 Civix 30.b.6 notice.
8       THE REPORTER:  Okay.
9       MS. BRANDT-YOUNG:  Thank you very much.  Let's
10    see if I can find this thing and share it with
11    everyone.  Everyone is welcome to open their local
12    copies of that obviously.
13   A Can you state the cite again?  I want to make sure
14    I open the right one.  Oh, never mind.  I can see
15    it.
16   Q You can see it?
17   A Yes.  Thank you.
18   Q Great.  So, sir, please do open up that file and
19    just flip through it enough so that you can figure
20    out whether you know what it is.
21       (Witness reviewing document)
22   A Yes.  Think I'm good.
23   Q So I'm going to represent to you that this is the
24    deposition notice that we sent to Civix in this
25    case asking to take the deposition of the

30(b)(6)

Page 17

1    organization.  Have you ever seen this document
2    before, sir?
3    A  Yes.
4    Q  And is it your understanding that you're testifying
5    today pursuant to this notice?
6    A  Yes.
7    Q  Do you understand that you've been designated by
8    Civix to testify on its behalf about these topics?
9    A  Yes.
10   Q  And so you're testifying on behalf of the agency
11   and not yourself personally?  Does that make sense?
12   A  Correct, yes.
13   Q  Great.  So looking at the topics themselves, which
14   I believe can be found on page 3 -- they start on
15   page 3 -- Topic No. 1 is the history of Civix
16   contracts with the defendants and/or Baker Tilly
17   U.S. regarding voting information and processes in
18   Indiana.  Are you the most knowledgeable person in
19   your agency about this?
20   A  Yes.
21   Q  Topic No. 2, all work by Civix to implement
22   Indiana's Senate Enrolled Act 398 of 2021 as it
23   relates to voters with print disabilities.  Do you
24   see that there?
25   A  Yes.

Page 18

1    Q  Are you the most knowledgeable person at Civix to
2    talk about this?
3    A  Yes.
4    Q  Topic No. 3, Civix's relationship to and work with
5    Baker Tilly, SPR, and any other entities in the
6    private sector that perform work for Defendants
7    regarding voting-related information and processes.
8    Do you see that?
9    A  Yes.
10   Q  Are you the most knowledgeable person at Civix to
11   talk about that?
12   A  Yes.
13   Q  Topic No. 4, work for Baker Tilly and/or Defendants
14   regarding the information technology infrastructure
15   and related policies, practices, and procedures of
16   Defendants and any entity that Defendants advise or
17   supervise.  You see that?
18   A  I do.
19   Q  Are you the most knowledgeable person at Civix to
20   talk about that?
21   A  Yes.
22   Q  Nos. 5 and 6, experience and qualifications of
23   Baker Tilly, Civix, and SPR regarding voting or
24   electronic disability accessibility and the
25   Disability Access Laws.  I know I just looped two

Page 19

1    topics together, but are you the most knowledgeable
2    person at Civix to talk about those things?
3    A  I can't speak to Baker Tilly or SPR, but Civix I
4    think in this regard, yes.
5    Q  Are there any topics that you're not prepared to
6    talk about today?
7    A  No.
8    Q  All right.  So Civix provides products and services
9    in a number of fields that are other than election
10   management; right?
11   A  Yes.
12   Q  But they also do election management and that's
13   what you do; is that correct?
14   A  Correct.
15   Q  How long has Civix or its precursor companies
16   offered products or services related to election
17   management?
18   A  I can speak to the predecessor with whom I was
19   associated with and how I joined Civix.  That dates
20   back to 2000 roughly.
21   Q  And are there any names for precursor companies
22   that we should be aware of?
23   A  As it relates to Indiana, Quest Information Systems
24   is the predecessor company that was acquired, had
25   previously provided the services here.

Page 20

1    Q  So nationwide in which states or municipalities
2    does Civix currently provide products or services
3    related to elections?
4    A  I don't have the list in front of me, but roughly a
5    dozen.
6    Q  Can you tell me which ones you can remember off the
7    top of your head?
8    A  You're going to embarrass me because my boss is
9    going to see it.
10   Q  What you do with this transcript is up to you,
11   sir (smiling).
12   A  Let me think about this.  Texas, Georgia, Maine,
13   Vermont, Alaska, West Virginia, Utah, Louisiana,
14   Connecticut, Tennessee.  I know I'm missing a
15   couple, but that's the bulk of them.
16   Q  Thank you.  Sorry.  This is not meant to be a quiz.
17   A  Am I being scored on this (smiling)?
18   Q  No, but we appreciate your best recollection.
19   A  Sure.
20   Q  All right.  I would like to just understand better
21   some of the current products or services that Civix
22   offers generally relating to voting, and some of
23   these we can do in quite a summary fashion because
24   we have limited time and some of them we'll go into
25   more detail, especially when Indiana is involved.

30(b)(6)

Page 21

1    So I understand that Civix currently offers a
2    product called Intelligent Voter Information
3    Systems.  Is that correct?
4    A  Yes.
5    Q  Can you provide a two- or three-sentence summary of
6    what that is?
7    A  It's a public-facing portal that enables voter
8    self-service.
9    Q  So by public-facing portal does that usually mean a
10   website that the general public can access?
11   A  Yes.
12   Q  Tell me about the second half of that.  It's a
13   public-facing portal that?  Say that part again,
14   please.
15   A  Enables voter self-service.
16   Q  What does that mean?
17   A  They can find information about general
18   election-related information, upcoming elections,
19   offices and candidates, polling locations, and so
20   forth, and then if registered can authenticate and
21   see more specific information about their own
22   record.
23   Q  Does Civix offer that in Indiana right now?
24   A  This is not installed in Indiana.
25   Q  Is any portion of that service hosted in the cloud?

Page 22

1    A  Yes.
2    Q  Any particular cloud service?
3    A  The GovCloud, AWS.
4    Q  And that means Amazon Web Services?
5    A  Yes.
6    Q  How many states is that offered in currently?
7    A  IVIS is not currently live in any state.  It is a
8    product offering that I believe is being
9    implemented in a couple states but not live.
10   Q  And e-Pollbook Solution, is that a service that
11   Civix offers?
12   A  It is.
13   Q  Can you summarize that in two or three sentences,
14   please.
15   A  E-Pollbook is electronic version of the traditional
16   paper pollbook, which at a polling location or
17   voting site allows a voter to check in, if you
18   will, and verifies that they are a registered
19   voter.
20   Q  Is that being offered in Indiana currently?
21   A  It is not.
22   Q  How many states is it being offered in right now?
23   A  Frankly I don't know.  That's more recent
24   acquisition of Civix, and I don't have a lot of
25   background on it.

Page 23

1    Q  And is any aspect of the e-Pollbook Solution hosted
2    in the cloud?
3    A  I don't know the architecture of that application.
4    Q  Is Precinct Reporting Solution a product or service
5    that Civix currently offers around elections?
6    A  Can you describe what you mean by
7    Precinct Reporting Solution?
8    Q  I went on your website and there was something
9    called the Precinct Reporting Solution that
10   automatically delivers information directly from
11   precincts and vote centers to election central and
12   public websites.
13   A  I'd have to review that on the website to know what
14   it is referring to.  I'm not certain.
15   Q  And is Results Reporting a product or service that
16   Civix currently offers?
17   A  Yes.  If you're referring to election night
18   results, or commonly referred to ENR, that is
19   offered as a product.
20   Q  Can you explain what that means in two or three
21   sentences, please.
22   A  Sure.  It allows state or more commonly local
23   county users to record the results of a race, be
24   that for an office or a public question, a
25   referendum, and display that publicly as election

Page 24

1    results.
2    Q  Is Indiana currently using that product?
3    A  Indiana's not using our product.  However, there is
4    an ENR solution in Indiana.
5    Q  And how many states are using the Results Reporting
6    product right now?
7    A  Oh, goodness.
8    Q  You may estimate.
9    A  Well, and I don't mean to be particular about your
10   question.  The product itself, most of the states
11   in which we have election night reporting was
12   custom development for those states and not truly a
13   product per se.  The closest I think we have on
14   product is maybe one or two of those are using
15   product.  I know I'm splitting hairs there.  Sorry.
16   Q  I think listening carefully to the question and
17   making sure that you and I agree that we're talking
18   about the same thing is a great idea, so thank you.
19   A  Good.
20   Q  And is it fair to say that Indiana has sort of a
21   customized Results Reporting product rather than
22   the sort of off-the-shelf product?
23   A  Yes.
24   Q  Is any aspect of that customized product for
25   Indiana hosted in the cloud?

30(b)(6)

---

## Page 25

1    A  It is.
2    Q  And which service would that be?
3    A  Sorry.  It just blanked on me.  Give me a second.
4       Can we come back to that?
5    Q  Absolutely.
6    A  Sorry.  I'm going to write it down, take notes.
7    Q  As soon as we take a break, you'll remember.
8       That's just the way this always goes.
9    A  Yes.
10   Q  So Election Management software, your website says
11      that that is a product that Civix offers.  Is that
12      an identifiable product to you?
13   A  It is.
14   Q  Can you describe that in two or three sentences,
15      what Election Management software does?
16   A  Election Management allows a client to manage all
17      aspects of an election, including setting up an
18      election, offices and associating those to
19      election, candidates for those offices, referendums
20      that may be associated to an election.  Then
21      tangential to that there are poll location, worker,
22      and equipment management modules that allow them to
23      associate to an election and manage all the detail
24      related to those.  Then lastly typically it will
25      record results that may be entered by that client

## Page 26

1       for that election and those offices, candidates,
2       and referendum.
3    Q  So when you say election setup, what does that
4       consist of?
5    A  In the system it basically means creating an entry
6       that is an election, 2022 primary, with a date and
7       other dates related to that, deadlines, for
8       instance, for close of registration.
9    Q  Are voter registration services part of this
10      Election Management software?
11   A  Voter registration we typically speak to as a
12      separate module, although related.  So the voter
13      registration record or VR system is not separate so
14      much as a related module.
15   Q  All right.  So backing up for a moment.  Do I hear
16      correctly that Indiana contracts with Civix to do
17      the voter registration module?
18   A  Yes.
19   Q  And does Indiana also contract with Civix for the
20      election setup and related things that you just
21      described?
22   A  The Election Management model, yes.  In Indiana it
23      is an integrated system, SVRS.
24   Q  So can you describe for me sort of all the various
25      modules that Indiana has that Civix runs for

## Page 27

1       Indiana or that Civix programs for Indiana related
2       to the running of elections generally, including
3       voter registration?
4    A  Sure.  Well, those are the big ones, voter
5       registration and election management.  We talked a
6       little bit about a public portal, an ENR solution,
7       election night reporting solution.  There is an
8       Integrated Reporting Information System, IRIS,
9       which is a separate application for reporting to
10      subscribers.
11   Q  What are subscribers?
12   A  Subscribers, the State could probably better define
13      it for you, but essentially an individual or entity
14      pays the State a fee for access to certain public
15      information, voter registration rolls, etc.  That's
16      defined I believe in statute.
17   Q  So far we've got the Election Management software,
18      the voter registration module, the election night
19      reporting, we've got IRIS.  What are the other
20      services that Indiana contracts with Civix for
21      around elections?
22   A  I'm racking my brain for any others.  I think the
23      only other one that might be referred to, although
24      it is a part of VREMS, is a web service framework,
25      which is essentially an integration point for

## Page 28

1       electronic pollbooks.
2    Q  I'm sorry.  Can you repeat that for me, please.
3    A  Sure.  Web service framework is a part of the VREMS
4       system and it's an integration point for
5       communicating to and from e-Pollbooks.
6    Q  When you say integration point, what does that
7       mean?
8    A  Sure.  Counties have procured e-Pollbook Solutions,
9       and to operate in Indiana they have to communicate,
10      get data from the Statewide Voter Registration
11      System and return information to the
12      Statewide Voter Registration System to be in sync,
13      if you will.  So this is a technical framework
14      through which that happens.
15   Q  So do I understand correctly that some number of
16      counties use e-Pollbooks but that's not a service
17      that the statewide voting authorities contract with
18      Civix for?  Is that right?
19   A  Correct.  We do not provide an e-Pollbook in
20      Indiana.
21   Q  Nonetheless, e-Pollbooks do exist in Indiana and
22      you provide a way for those e-Pollbooks to talk to
23      voter registration data?
24   A  Yes, absolutely.
25   Q  Okay.

30(b)(6)

Page 29

| | |
|---|---|
| 1 | A Then there's one other, if you're done with that, |
| 2 | that comes to mind. |
| 3 | Q Yes. |
| 4 | A There is a external GIS tool, which was developed |
| 5 | by a third party, that we have created some reports |
| 6 | that integrate shared data with that and that is a |
| 7 | GIS tool for use by counties to analyze their data |
| 8 | and make corrections in their data. |
| 9 | Q So GIS stands for Geographic Information System; is |
| 10 | that right? |
| 11 | A It does. |
| 12 | Q Tell me one more time.  The external GIS tool is |
| 13 | for counties to integrate their shared data.  What |
| 14 | data is that? |
| 15 | A It's voter registration data overlaid with data |
| 16 | from the Office of Census Data, otherwise probably |
| 17 | referred to as district data, district maps, to |
| 18 | help maintain the voter rolls and the association |
| 19 | of voters to the correct precincts and districts. |
| 20 | Q Any other modules or services that you can remember |
| 21 | for Indiana as part of their voting and elections |
| 22 | management? |
| 23 | A I don't think so.  I think that covers everything. |
| 24 | Q Is any portion of any of these services hosted in |
| 25 | the cloud? |

Page 30

| | |
|---|---|
| 1 | A Yes. |
| 2 | Q Which ones? |
| 3 | A All of them. |
| 4 | Q And which cloud service, if you recall? |
| 5 | A AWS, Amazon Web Services, GovCloud. |
| 6 | Q And does that spark a recollection as to where the |
| 7 | Results Reporting is hosted in the cloud? |
| 8 | A No.  I just looked at my note again.  No, it does |
| 9 | not unfortunately. |
| 10 | Q Well, Indiana doesn't subscribe to it, so we'll |
| 11 | learn to live without that information perhaps. |
| 12 | A There's only two large ones and I can't think of |
| 13 | the other. |
| 14 | Q Sounds good.  Among the contracts that you manage, |
| 15 | does Indiana subscribe to a lot of Civix's |
| 16 | services, relatively few?  Compare Indiana to other |
| 17 | states for me, please. |
| 18 | A It's comparable. |
| 19 | Q Okay. |
| 20 | A Azure.  That's the other.  It just popped into my |
| 21 | head.  Sorry.  There's AWS and Azure, Azure being |
| 22 | the Microsoft equivalent.  So Azure cloud is where |
| 23 | ENR is hosted. |
| 24 | THE WITNESS:  Christina, you're on mute. |
| 25 | MS. BRANDT-YOUNG:  Thank you. |

Page 31

| | |
|---|---|
| 1 | Q All right.  I'm going to call the suite of what |
| 2 | we've just been talking about, everything after the |
| 3 | Results Reporting, as the election management |
| 4 | software unless there's a better phrase that I |
| 5 | should use for it.  How does Civix refer to this |
| 6 | sort of suite of services that it offers Indiana? |
| 7 | A That's probably an accurate term, although we |
| 8 | typically don't refer to it as a suite of election |
| 9 | management services because in communication we're |
| 10 | typically talking about a specific application.  I |
| 11 | think that's a fair umbrella, if you will. |
| 12 | Q If you come up with a better term, an internally |
| 13 | used term, that's going to make more sense, by all |
| 14 | means let me know. |
| 15 | A Okay. |
| 16 | Q So is it fair to say that among this sort of suite |
| 17 | of services, Civix assists Indiana in providing |
| 18 | voter registration services?  Is that right? |
| 19 | A Can you maybe put some definition around voter |
| 20 | registration services and then we can torture that |
| 21 | term?  Sorry. |
| 22 | Q No, by all means.  Again, it's good when we're |
| 23 | talking about the same thing, so thank you for |
| 24 | clarifying the question.  Does Civix assist the |
| 25 | State of Indiana in making publicly-facing voter |

Page 32

| | |
|---|---|
| 1 | registration services available through |
| 2 | IndianaVoters.com? |
| 3 | A Yes.  That is an accurate statement, yes. |
| 4 | Q Also through IndianaVoters.com, does Civix assist |
| 5 | in making absentee ballot tracking available to |
| 6 | voters in Indiana? |
| 7 | A By absentee ballot tracking, can you maybe |
| 8 | elaborate on that term? |
| 9 | Q If a voter has received an absentee ballot and |
| 10 | wants to know if the State has received it or to be |
| 11 | more accurate their county has received it, can |
| 12 | they track the status of that ballot through the |
| 13 | mail through a product provided or coded by Civix? |
| 14 | A Yes.  Yes, we do display for a voter the status of |
| 15 | their ballot request. |
| 16 | Q Fair to say if there's a request for an absentee |
| 17 | ballot, an Indiana voter can track that through a |
| 18 | Civix product? |
| 19 | A Yes.  I'm saying yes and grimacing because there's |
| 20 | a separate between the absentee ballot request and |
| 21 | the ballot.  I believe -- I should know this -- |
| 22 | they can track their request, yes. |
| 23 | Q And as you sit here today, is it your understanding |
| 24 | that they can track the ballot once it's been |
| 25 | completed? |

30(b)(6)

Page 33

1 A They can see if it has been in a status of issued,
2 returned, received, yes.  There are statuses for
3 ballots, correct.
4 Q Can a voter look up their polling place on a
5 publicly-facing portal that Civix supports for
6 Indiana?
7 A Yes.
8 Q Can they obtain information on the voting hours?
9 A Yes.
10 Q Can they look at their sample ballot for the next
11 election?
12 A No.
13 Q Can they look up their elected officials?
14 A Yes.  And I should actually qualify that that there
15 is a link to a third-party tool that allows them to
16 see their elected officials.  That is not a Civix
17 product.
18 Q Can they volunteer to be a poll worker?
19 A There is a link to the State's page for that
20 purpose, but Civix does not provide the details or
21 information for that.  It's just a link from the
22 page.
23 Q Can they check their provisional ballot
24 information?
25 A Provisional ballot status is provided similar to

Page 34

1 absentee ballot status, yes.
2 Q Can they look up historical election results?
3 A They can so much as they exist in the system.  It
4 only goes back so far, but yes.
5 Q Can a voter look up campaign finance records?
6 A That is a separate application provided by Civix
7 and is linked from Indiana Voters.  And just so
8 we're communicating clearly, when we talk about
9 election management, we don't consider campaign
10 finance election management.  It is a separate
11 division within our company.
12 Q Does Civix have a contract with Indiana to provide
13 online access to campaign finance records?
14 A It does.
15 Q Just for the record, that didn't occur to us as
16 being election and voting -- it's related to
17 elections -- but not within the suite that we were
18 hoping to discuss with you today, so . . .
19 A Fair enough.
20 Q And so all of these things that we've discussed so
21 far starting with voter registration can be
22 accessed through the portal at IndianaVoters.com;
23 is that right?
24 A Yes.
25 Q And all of those services are HTML-based services?

Page 35

1 Do I understand that correctly?
2 A Correct.
3 Q Is it fair to say that IndianaVoters.com also
4 provides .pdf voting forms?
5 A Indiana Voters links to State-provided .pdf forms.
6 And I could be wrong on this, but to the best of my
7 knowledge I think we point to forms.in.gov for
8 those forms.
9 Q All right.  So we've just discussed a lot of
10 services that are available to voters that Civix
11 supports in Indiana.  What services are available
12 to candidates for office through the software?
13 It's okay to provide a two- to three-sentence
14 summary here.
15 A And separating campaign finance, if I may, as
16 unrelated?
17 Q Yes.
18 A Okay.  Then really in terms of election management,
19 voter registration information, candidates have
20 access to the same data and detail that any voter,
21 so there's nothing specific to candidates.
22 Q Our understanding is that some of what Civix
23 supports for the State of Indiana around elections
24 is public facing and available to voters but a lot
25 of it's not is our understanding, so I hope you'll

Page 36

1 tell me if that's true.  In that context, what
2 services does Civix support around elections for
3 county-level election officials?
4 A Sure.  They are the primary user of the VREMS
5 system that we discussed, so voter registration and
6 election management.
7 Q Is there anything else that's available to
8 county-level election officials that is not
9 available to the general public?
10 A Nothing comes to mind, no.
11 Q So is it fair to say that the county-level election
12 officials have the election setup capabilities,
13 they have the offices and candidate capabilities,
14 and they have certain capabilities related to voter
15 registration that the general public doesn't see?
16 A Correct.  And I think to be clear it is the state
17 and county users that share that responsibility,
18 depending on the task at hand, but access to SVRS
19 is limited to state and county users.
20 Q Is there anything that is different between the
21 services or access that the county-level officials
22 or the state-level officials can use?
23 A They have different roles.  So there are roles
24 associated which really describe or drive what
25 information they can access and what functions they

Page 37

1  can perform, and that can further be defined at a
2  county level where some county users may have
3  certain functions or roles in the office different
4  from other county users.  So it's a role-driven
5  system.
6  Q  All right.  So just to make sure that I understand
7  this properly.  Fair to say all of what you all
8  provide is computer code.  Is that a fair
9  statement?
10  A  Absolutely, yes.
11  Q  And some of that code is sort of prefabricated, you
12  have it coded, you can sort of plug it in in any
13  state; is that right?
14  A  The code for Indiana is specific to Indiana and not
15  related to any of our other clients.
16  Q  So fair to say then that some of what Indiana
17  contracts with Civix for is to get a system up and
18  running with code and then usually generally there
19  are also ongoing needs after that initial start-up.
20  Do I have that right?
21  A  Yes, absolutely.
22  Q  Is any ballot information stored or transmitted
23  through the system that Civix supports for Indiana?
24  A  I'm going to torture the word ballot a little bit.
25  Let's pull that thread.  When you refer to ballot

Page 38

1  information, help me out.
2  Q  Sorry.  This is about four separate questions, and
3  so I am trying to give you a definition.  Again, I
4  want to make sure we're talking about the same
5  thing, so I appreciate the request for
6  clarification.
7  A  Okay.
8  Q  Any information about candidates that will be
9  turned into ballots someday, any blank ballots as
10  they are formatted, any information about voters'
11  choices that they have selected on their ballots,
12  any information like that.
13  A  Okay.  So that's a few different things.  Let me
14  try to tick them off.  Ballot is a term of art, so
15  we get particular about that.  We do not produce a
16  ballot style, if you will, and that speaks to the
17  format and layout.
18  The VREMS system, really the EMS system, as I
19  said before, maintains a list of offices,
20  candidates, and referendum.  So from that
21  perspective data which may appear on a ballot is
22  maintained in the system.  However, it is not used
23  to directly produce a ballot.  That data may
24  be -- and I use the term may be purposefully --
25  exported by a county to then use with a third party

Page 39

1  to produce their ballot.  I say maybe because I
2  know some do not pull the data from SVRS EMS
3  system, they produce that outside the system
4  entirely.
5  Pardon me.  You asked about recording
6  selections, right, on a ballot.  So no, there is
7  nothing recorded about an individual's ballot cast
8  and the selections therein.  The only slight
9  variation there one might argue is during a primary
10  Indiana requires that you identify and be sent a
11  partisan ballot, right, a republican or democrat.
12  Did I cover it all?
13  Q  Almost.  Good memory, by the way.
14  A  (The witness smiled.)
15  Q  I understand that the system doesn't contain
16  information about the choices that individual
17  voters have made.  What about election results?
18  A  Election results in the aggregate are recorded by
19  the county users.  So the votes for or against a
20  referendum or the votes cast for a particular
21  candidate, those can be recorded at the county
22  aggregate level and at the precinct level.
23  Q  Once those aggregate results are recorded at the
24  county or precinct level, do Civix products assist
25  the counties in reporting those results back to the

Page 40

1  state?
2  A  It is the system in which counties communicate that
3  information to the state.
4  Q  To your knowledge, Civix's election management
5  tools, I'm going to call these, have they ever been
6  programmed, to your knowledge, to work with a
7  remote accessible vote by mail tool like
8  Democracy Live, Enhanced Voting, Five Cedars,
9  state-specific absentee balloting electronic tools?
10  A  I'm not aware of any specifically.  In Indiana, no,
11  it is not.
12  Q  What about other states?
13  A  I'm not aware of any other states.  It may have
14  been, but I'm not aware of that.
15  Q  Here I'm going to run through a list of states, and
16  I apologize because you've already run through a
17  list of states for me on your end in the pop quiz
18  portion of this deposition.
19  A  (The witness laughed.)
20  Q  To your knowledge, are you aware of Civix's
21  Election Management software currently being used
22  in Alabama in any way right now?
23  A  We do not have Election Management solution in
24  Alabama.
25  Q  Michigan?

Page 41

1    A  We do not have a solution in Michigan.
2    Q  Pennsylvania?
3    A  Well, I'm sorry.  I don't want to over-answer your
4       question.  There is a county in Michigan that uses
5       a solution from Civix but not Michigan.  Sorry.
6          What was the next one?  I'm sorry.
7    Q  Pennsylvania?
8    A  No.
9    Q  Colorado?
10   A  No.
11   Q  Florida?
12   A  No.
13   Q  Ohio?
14   A  No.
15   Q  Minnesota?
16   A  No.
17   Q  Washington, D.C.?
18   A  No.
19   Q  North Carolina?
20   A  No.
21   Q  Oregon?
22   A  No.
23   Q  California?
24   A  No.
25   Q  Washington State?

Page 42

1    A  No.
2    Q  South Carolina?
3    A  No.
4    Q  New Hampshire?
5    A  Yes.
6    Q  Vermont?
7    A  Yes.
8    Q  Rhode Island?
9    A  No.
10   Q  Texas?
11   A  Yes.
12   Q  West Virginia?
13   A  Yes.
14   Q  Delaware?
15   A  No.
16   Q  New York City?
17   A  No.
18   Q  Okay.  So are you familiar with remote accessible
19      vote by mail tools of the type that I'm describing,
20      like Five Cedars and Democracy Live and what have
21      you?
22   A  I have heard of Democracy Live and I'm familiar
23      with that solution somewhat.
24   Q  Is there any reason why Civix's Election Management
25      software couldn't be programmed to work together

Page 43

1       with a remote accessible vote by mail tool of that
2       type?
3    A  Not that I'm aware of.
4    Q  And my understanding from the website is that Civix
5       offers an e-Ballot Solution; is that correct?
6    A  I reviewed the exhibit that you had forwarded.
7       Frankly I'd not seen that, so I can't speak to
8       that.  Apparently we do.  I saw on there powered by
9       Demtech, so, again, that's a recent acquisition.
10      I'm not familiar with all their capabilities.
11         MS. BRANDT-YOUNG:  Well, since you have
12      mentioned it, let's let the record reflect that
13      we're marking as Exhibit 2 the document entitled
14      Civix-EBallot-Solution.pdf.  Let's share the screen
15      with it.
16   A  I'm opening it as well, so I just want to come
17      clean, on another screen.
18         MS. BRANDT-YOUNG:  So just confirming that the
19      court reporter, opposing counsel, the witness all
20      have their copies open.  We've heard from Mr. Fahey
21      that he has his.  If anyone needs another moment,
22      please let us know.
23         (no response)
24   Q  I'll represent to you, sir, that I downloaded this
25      from the Civix website.

Page 44

1    A  I see that.
2    Q  So have you ever seen this document before?
3    A  I have not.
4    Q  It's fairly short, so give it a read.  Is it fair
5       to say that this appears to be a document that was
6       authored by your company?
7    A  It is.
8    Q  Is that the correct spelling of the name?  It's the
9       general marketing formatting that you all use?
10   A  It does appear to be, yes.
11   Q  You said that Demtech was a recent acquisition.
12      Can you explain what you mean by that?
13   A  Well, and acquisition may not be the proper term
14      because I don't think we acquired them and now I'm
15      going to get out of my swim lane because there's
16      some probably legalese around our relationship.  I
17      think we have some exclusive go-to-market
18      arrangement but we don't own them is my
19      understanding.
20         THE WITNESS:  If I may, I'm going to look to
21      Brittany to correct me, if she could.  She may give
22      a better answer on this, help me out.
23         MS. CACIOPPO:  I think this whole part may be
24      beyond the scope of what this deposition is about,
25      so I don't think we need to go there.

Page 45

```
 1        THE WITNESS: Okay.
 2        MS. BRANDT-YOUNG: Respectfully, Counselor,
 3   one of the topics for this deposition is the
 4   experience and qualifications of Civix regarding
 5   voting. This is a product that Civix offers
 6   regarding voting and so it's part of their
 7   experience and qualifications. We disagree with
 8   that.
 9        We appreciate, of course, that the witness
10   can't give information that he doesn't have, but
11   what that means is that he's unprepared to discuss
12   this portion of today's questions for the
13   deposition. So we're going to note that for the
14   record, that the witness is unprepared to discuss
15   this product. I'm going to ask him whatever
16   questions I can. He'll tell me whatever he knows.
17   If we need to return to this, we can do that off
18   the record and have one of those lawyer
19   conversations.
20        MS. CACIOPPO: I respectfully disagree with
21   your assertment of what the deposition topics are.
22   I'm not going to have our general counsel testify
23   during the deposition. So continue. You have your
24   two hours and let's not waste any more time.
25        MS. BRANDT-YOUNG: We concur, Counselor, that
```

Page 46

```
 1   we don't want to have your general counsel testify
 2   during the deposition. Not helpful. We agree with
 3   that.
 4   Q  So is it fair to say that this appears to be a
 5      service that electronically delivers an absentee
 6      ballot to a voter?
 7   A  It does.
 8   Q  Based on your understanding of what's happening
 9      here, can the absentee voter print out a blank
10      ballot using the system? If they have a printer.
11   A  Give me a second, if you would, please.
12   Q  Sure.
13        (Witness reviewing document)
14   A  Forgive me if I miss it, but I don't see a direct
15      reference to printing. Although obviously if it's
16      on screen for a user they could print their screen,
17      so that would make sense, yes.
18   Q  Well, so I'm going to use my pointer tool in the
19      screen share. Do you see the Simple, Secure
20      Electronic Ballots title here (indicating)?
21   A  Yes.
22   Q  And then right under that it says
23      Printable Ballot (indicating)?
24   A  It does, and I was referring to where it talks
25      about online marking. So yes, I would agree that a
```

Page 47

```
 1      user could print a ballot.
 2   Q  When you say that you were looking at Online Ballot
 3      Marking, is that down here at the bottom of the
 4      first page where I'm gesturing now (indicating)?
 5   A  Yes, ma'am.
 6   Q  If this document tells you, can the absentee voter
 7      mark their ballot choices electronically instead of
 8      printing on paper and marking by hand? Is that
 9      what Online Ballot Marking means?
10   A  Apparently, yes. As I said, I'm not familiar with
11      this tool, so it would seem so based on the
12      marketing material.
13   Q  Based on these marketing materials does this
14      service enable the voter to return a marked ballot
15      electronically instead of printing it and sending
16      it through the mail?
17   A  According to the marketing material, it would seem
18      so. Like I said, I'm not familiar with this
19      product. This product isn't used in Indiana,
20      so . . .
21   Q  When you say that you believe the answer's yes, can
22      you tell me what you're pointing to?
23        MS. CACIOPPO: Counselor, I'm going to have to
24      object to this line of questioning. This
25      particular program is not used in Indiana is my
```

Page 48

```
 1      understanding of what the witness just said. He
 2      has no knowledge of this.
 3        So if you think outside of Indiana is at all
 4      relevant to your lawsuit then you can have that
 5      argument and go forward with the judge, but I'm not
 6      going to have him answer any more questions here
 7      because he's just guessing. The document speaks
 8      for itself. To the extent it's on our web page, it
 9      might be there, but it has no applicability to
10      Indiana.
11        MS. BRANDT-YOUNG: Again, the experience and
12      qualifications of Civix regarding voting is one of
13      the topics here and, therefore, we think it's
14      within the scope of the deposition. What's really
15      important is what's within the scope of the
16      witness's knowledge. We agree with you about that.
17   Q  I'm directing the witness to the top of the page
18      that states, The Civix e-Ballot powered by Demtech
19      enables voters to complete ballots online and
20      return them to election central - electronically
21      and by mail (indicating).
22        Is that what he was referring to when he said
23      that these marketing materials seem to indicate
24      that electronic return of a ballot was possible?
25   A  It would seem to imply that it's possible. I was
```

Page 49

1    actually looking at integration.  Again, return
2    could mean that I dropped it in U.S. mail.  So I'm
3    guessing at this point about the intent of the
4    marketing material.  Sorry.
5  Q  And then in terms of the portion immediately below
6    this at the top of page 1, when it says that it
7    integrates with Election Management System, do you
8    see that on the top of the page at the
9    right (indicating)?
10  A  I do.
11  Q  What does that generally mean when it's used in
12    Civix's materials?
13  A  That it can receive information a number of ways,
14    that it would recognize that information and ingest
15    that information.
16  Q  Does it mean that it integrates with the election
17    management system services that Civix already sells
18    or with the election management system that a
19    jurisdiction may already use?
20  A  I think the material indicates that it's both,
21    and/or.
22  Q  Sir, I think you've already told me this, but if
23    you don't mind repeating.  Are you aware that this
24    product is being used in any jurisdiction right
25    now?

Page 50

1  A  I am not.
2    MS. BRANDT-YOUNG:  Okay.  I'd just like to
3    pause for a minute.  Michele, could we go off
4    record for just a minute or two?  It won't take
5    long.  Why don't we take a five-minute break.  Is
6    that okay?
7    THE REPORTER:  Sure.
8    THE WITNESS:  Okay.
9    MS. BRANDT-YOUNG:  Great.  Thank you.
10    (A brief recess was taken.)
11  Q  So, Mr. Fahey, have you ever heard the abbreviation
12    SSR used in communications around your work for
13    Indiana?
14  A  Yes.
15  Q  What does that stand for?
16  A  System service request.
17  Q  And you mentioned earlier that Civix is currently
18    adding a joint registration and absentee ballot
19    request form for voters with print disabilities to
20    IndianaVoters.com; is that correct?
21  A  Correct.
22  Q  When will the HTML version of that form go live?
23  A  Tentatively next week sometime.  It's in QA right
24    now being reviewed.  QA, quality assurance.  Sorry.
25  Q  Is the goal date for that April 18?

Page 51

1  A  The week of April 18, so that is next week.
2  Q  The week of April 18?
3  A  Yes.
4  Q  If I had a voter chomping at the bit to use that,
5    what date shall I tell her?
6  A  The week of April 18.  Sorry.
7  Q  Not a problem.
8  A  And I should clarify.  That project, if you will,
9    was split into two.  One portion of it has been
10    implemented into production, and that is the piece
11    within SVRS that allows a county user to document
12    the use of the combined form.  The piece that
13    you're referring to, the HTML public-facing site,
14    is the piece to be released next week.
15  Q  So is it fair to say that if a voter completed a
16    paper registration form for the accessible process
17    that the counties can process that now today as a
18    result of what you just said?  Is that right?
19  A  Correct.
20  Q  All right.  Thank you.
21    MS. BRANDT-YOUNG:  So at this time we're going
22    to suspend questioning of this witness and put a
23    couple of understandings of counsel on the record.
24    The first understanding is that Exhibit 2,
25    Civix-EBallot-Solution.pdf, is a fair and accurate

Page 52

1    representation of a document that's currently
2    available at
3    https://gocivix.com/wp-content/uploads/
4    Civix-EBallot-Solution.pdf and that that is
5    accurately described as Civix's website.
6    Counselor, do I have that right?
7    MS. CACIOPPO:  Yes.
8    MS. BRANDT-YOUNG:  Any objection?
9    MS. CACIOPPO:  No objections.
10    MS. BRANDT-YOUNG:  Thank you.  We'd also like
11    to note for the record that questioning of this
12    witness will resume on April 26 at 1:00 Eastern for
13    at least two hours and we'd also like to note that
14    fifty-nine minutes or thereabouts of today's
15    deposition have gone unused and that Civix and the
16    parties will strive together to schedule a mutually
17    agreeable time to continue discussion of Exhibit 2,
18    subject to Civix's objections that this topic is
19    overly broad or outside the scope of the notice.
20    Counselor, are there any further refinements
21    you'd like to put on the record?
22    MS. CACIOPPO:  The only refinement is that
23    Mr. Fahey's time for April 26 will be two hours.  I
24    believe you said at least two hours.
25    MS. BRANDT-YOUNG:  Let's put it this way.

30(b)(6)

Page 53

```
1    Mr. Fahey's time will unquestionably two hours and
2    up to an additional fifty-one minutes of deposition
3    time with a Civix witness who may turn out to be
4    Mr. Fahey but may not, are currently the subject of
5    negotiations as previously discussed.  So if
6    Mr. Fahey gets redesignated then it would be more
7    than two hours, but that's really up to Civix.
8         MS. CACIOPPO:  Okay.  I didn't understand
9    that's what you were saying.  We agree there will
10   be testimony that will be outside of the two hours
11   and Mr. Fahey will be available on the 26th.
12        MS. BRANDT-YOUNG:  All right.  Thank you very
13   much.
14        Is there anything else that we should try to
15   accomplish today on the record together?
16        MS. ABSHIRE:  Nothing from Defendants.
17        MS. BRANDT-YOUNG:  All right.  Well, in that
18   case I believe that we're done for today.
19   Mr. Fahey, we'll see you again on the 26th.  We
20   really appreciate you explaining all these things
21   to us.  It's extremely helpful.
22        THE WITNESS:  Thank you very much.  It's been
23   a pleasant Friday afternoon.
24        MS. BRANDT-YOUNG:  Ours too.  Thank you.  We
25   appreciate it.
```

Page 54

```
1         All right.  Everybody have a lovely afternoon
2    and a lovely weekend and we look forward to
3    speaking with you again.
4         MS. CACIOPPO:  Thank you.
5         (The deposition was adjourned at 2:35 p.m. on
6    Friday, April 15, 2022, to be reconvened on
7    Tuesday, April 26, 2022, at 1:00 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 55

```
1         (The deposition was reconvened on Tuesday,
2    April 26, 2022, at 1:03 p.m.)
3         THE REPORTER:  My name is Michele Gustafson,
4    an associate of Stewart Richardson Deposition
5    Services, located at One Indiana Square,
6    Suite 2425, Indianapolis, Indiana.  Today's date is
7    April 26, 2022.  The time is 1:03 p.m.  This
8    deposition is being held via Zoom.  The deponent's
9    name is Sean Fahey.
10        Will counsel please identify themselves and
11   any persons present with you for the record.
12        MS. BRANDT-YOUNG:  Christina Brandt-Young,
13   Disability Rights Advocates, appearing for the
14   plaintiffs.
15        MS. BICHELL:  Rosa Lee Bichell from
16   Disability Rights Advocates, also for the
17   plaintiffs.
18        MS. REICHMAN:  Madeleine Reichman, also with
19   Disability Rights Advocates, also with the
20   plaintiffs.
21        MS. ABSHIRE:  Courtney Abshire, Office of the
22   Indiana Attorney General, on behalf of Defendants.
23        MS. CACIOPPO:  Jayna Cacioppo from Taft law
24   firm on behalf of the witness and Civix.
25        MS. LEONARD:  Brittany Leonard, general
```

Page 56

```
1    counsel for Civix.
2         THE REPORTER:  Sir, if you can raise your
3    right hand for me, please.
4              SEAN FAHEY
5    having been first duly sworn to tell the truth, the
6    whole truth, and nothing but the truth took the stand
7    and testified as follows:
8         THE WITNESS:  I do.
9         MS. BRANDT-YOUNG:  Excellent.  Let's put on
10   the record that this is the third installment of
11   the 30(b)(6) deposition of Civix and for today we
12   have two hours and thirteen minutes of time
13   remaining on the record.
14        Counsel, do I have that right?
15        MS. CACIOPPO:  That's correct.
16        MS. BRANDT-YOUNG:  Thank you.
17   DIRECT EXAMINATION (CONTINUING)
18   BY MS. BRANDT-YOUNG:
19   Q  So, Mr. Fahey, it's good to see you again.  Thank
20      you for coming to meet with us again.  I know that
21      you're having one of those back-to-back meeting
22      days, so thank you very much for being here.
23   A  You're welcome.
24   Q  Just to review some of the provisions from last
25      time.  You'll recall that since this is a
```

Page 57

1    deposition we need you to give verbal responses to
2    questions on the record, that we need to be careful
3    not to speak over each other so that the court
4    reporter can take down what everyone is saying
5    accurately.  Please tell me if you don't understand
6    my question.  If you need to take a break at any
7    time, please don't hesitate to say so.  We'll
8    finish the question that we're doing and then we'll
9    take a break.
10        Is all of that okay?
11   A  It is.
12   Q  Thank you.  Where are you located today?
13   A  I'm in my office in Indianapolis.
14   Q  Is anyone else in the room with you?
15   A  They are not.
16   Q  Do you have any documents with you?
17   A  I do not.
18   Q  We'd like to note for the record that we're hoping
19       that the witness will not look at any documents
20       other than the exhibits.  Sorry.  Go ahead.
21   A  I'm sorry.  I did see just prior to this that there
22       were some documents sent over.  I assume I should
23       open those, as they may be referenced?
24   Q  That's correct, sir.  Please open them as they are
25       referenced and while they're under discussion, and

Page 58

1    then any document that's not under discussion you
2    won't look at unless you tell us that you're doing
3    so because you need to refresh your recollection
4    about something.  Does that make sense?
5    A  Yes.  Thank you.
6    Q  Thank you.  And you're not using any devices other
7       than the computer on which this deposition is being
8       taken, no one's passing you notes, making gestures,
9       otherwise coaching through your phone, or anything
10      like that?
11   A  Correct.
12   Q  All right.  Thank you very much, sir.  So let's
13      resume.  Are you familiar with Indiana Senate
14      Enrolled Act 398 of 2021 as it relates to voters
15      with print disabilities?
16   A  Yes.
17   Q  Is it fair to say that in order to comply with that
18      Act as it relates to voters with print disabilities
19      that the State of Indiana has to do some work in
20      order to comply with it?
21   A  That is my understanding, yes.
22   Q  Is Civix assisting the State of Indiana with some
23      of that work?
24   A  We're doing work at their direction, yes.
25   Q  Thank you.  So what we're going to discuss for a

Page 59

1    little while here is what work is being done.  You
2    may not be aware of all the work being done
3    obviously, so we're just going to talk about
4    various facets that could be done and I'll ask you
5    are you aware of any work being done on that and is
6    Civix working on it.  Does that make sense?
7    A  It does.
8    Q  Great.  So there are certain state-level documents
9       or forms that need to be developed in order to
10      comply with SEA 398.  Are you aware of the State
11      developing a form or document that enables voters
12      with print disabilities to register as a voter with
13      a print disability and apply for an absentee ballot
14      under the voters with print disabilities program?
15   A  I am, yes.
16   Q  And what, if anything, is Civix doing to assist in
17      development of that document?
18   A  We did not assist with the development of that
19      document.  However, we were given that document as
20      the State was developing it and as it was approved
21      by forms management.
22   Q  Is it fair to say that that document, there's a
23      final version of it?
24   A  There is a version of it.  Final's a tricky word in
25      the world of state forms, but yes, forms management

Page 60

1    did produce a version of it.
2    Q  Is it fair to say forms management produced a
3       version of it that is being distributed to the
4       public now?
5    A  Correct.  Yes, there is.
6    Q  I appreciate that as a computer person you may have
7       much more technical words for all of the documents
8       that we're talking about here, so please don't
9       hesitate to be more specific if you need to be.
10   A  Okay.
11   Q  Fair to say that forms management produced a .pdf
12      version of that document?
13   A  They have.
14   Q  Fair to say that that document is up on the State's
15      voting website in a section where people can find
16      voting-related forms?
17   A  It is.  If you're referring to the State's voting
18      website, IndianaVoters.com, it is linked from
19      there.  It actually is hosted on forms.in.gov,
20      which is the State's forms site.
21   Q  Got it.  And is it also fair to say that at some
22      point Civix was tasked with developing an online
23      HTML version of that form that would integrate with
24      the portions of the SVRS that Civix already helps
25      to administer for Indiana?

Page 61

1    A  That is correct.
2    Q  We'll discuss that more later.
3    A  Okay.
4    Q  Are you aware of the State or any entity working on
5       behalf of the State developing a former document
6       that constitutes the statewide absentee voter bill
7       of rights that is specific for voters with print
8       disabilities?
9    A  That does not ring a bell.
10   Q  Are you aware of the State producing an accessible
11      version of that document, the absentee voter bill
12      of rights, that is formatted in the ways that are
13      necessary so that voters with print disabilities
14      can read it with the assistive technology they use?
15   A  That does not ring a bell, no.
16   Q  Are you aware of the State coming up with a secrecy
17      waiver form that would go along with a faxed or
18      e-mailed ballot that is specific to the program for
19      voters with print disabilities?
20   A  Yes.
21   Q  What formats are you aware of a form like that
22      being developed in, either final or in the planning
23      stages?
24   A  If you're talking the file format, like .pdf?
25   Q  Yes, please.

Page 62

1    A  Yes.  I believe that one is in .pdf.  I don't
2       recall if that's able to be produced as a Word
3       document, but I'm pretty certain it's a .pdf.
4    Q  Is the secrecy waiver also known as the ABS-25 form
5       when voters with print disabilities are involved?
6    A  I believe it is.  I don't have form numbers
7       memorized, but that does sound accurate.
8    Q  Is Civix developing any sort of HTML version of the
9       secrecy waiver for use by voters with print
10      disabilities?
11   A  I don't recall there being an HTML version of that.
12      As I recall, that is produced after the
13      application's submitted.
14   Q  Then in order for a voter to cast an absentee
15      ballot there are also certain documents or forms
16      that are usually produced and are specific to the
17      county level, so I wanted to talk to you about
18      those.  Are you aware of anyone at all associated
19      with this process being directed to or trying to
20      develop ballots for absentee voting that are usable
21      by voters with print disabilities and the assistive
22      technology they use on their computers?
23   A  I am not.  Ballots and voting are outside of our
24      scope.
25   Q  So fair to say that you're not aware of anyone

Page 63

1       working on that?
2    A  I am not.
3    Q  And Civix is not working on that?
4    A  Correct.
5    Q  Has anyone ever discussed with Civix doing that
6       type of work in the future on ballots to make them
7       accessible?
8    A  Has anyone?  That's pretty broad.  I don't know.
9    Q  I can rephrase the question, sir.  Has anyone with
10      authority to negotiate with the State of Indiana
11      approached Civix about possibly helping to make
12      ballots accessible to people with disabilities in
13      the future?
14   A  Not that I'm aware of, no.
15   Q  Some counties produce local county-specific
16      instructions that are part of the absentee voting
17      process.  Are you aware of anyone within the sort
18      of Indiana voting ecosystem doing any work to make
19      those county-specific instructions accessible to
20      voters with print disabilities?
21   A  I am not.
22   Q  Has anyone discussed with Civix doing that kind of
23      work in the future?
24   A  No, they have not.
25   Q  Are you aware of anyone currently working to

Page 64

1       develop guidance and training to county boards of
2       elections on how to create ballots and local
3       county-specific instructions in a format or version
4       that's accessible to voters with print disabilities
5       and the assistive technology they use on their
6       computers?
7    A  I am not.
8    Q  Has anyone ever discussed with Civix doing that in
9       the future?
10   A  Not that I'm aware of, no.
11   Q  Are you aware of anyone working with counties to
12      hire contractors to produce the ballots or the
13      county-specific instructions in any accessible
14      format for voters with print disabilities?
15   A  I am not aware of that, no.
16   Q  Has anyone approached Civix about maybe doing that
17      kind of work in the future?
18   A  Not that I'm aware of, no.
19   Q  Well, and I want to make sure that I've thought
20      through with you the different formats that that
21      might encompass.  For instance, are you aware of
22      anyone helping contractors to produce accessible
23      .pdf ballots and county-specific instructions?
24   A  I am not.
25   Q  Are you aware of anyone being approached about

Page 65

1    creating accessible ballots in an HTML format?
2    A  I'm not aware of that, no.
3    Q  Has Civix ever been approached about that?
4    A  As it relates to Indiana, no, I'm not aware of
5    that.
6    Q  Okay.  Is it fair to say that in order to have
7    voters with print disabilities recognized as a
8    category to participate in the e-mail and fax
9    voting program that work needed to be done to
10    update the local voter registration system election
11    management module?
12    A  I'm not sure what you're referring to when you said
13    local voter registration system what you meant.
14    Q  What I meant was:  Did the category of voter with a
15    print disability need to be created within SVRS so
16    that counties could identify and cooperate with
17    voters with print disabilities and give them
18    specific voting options?
19    A  Yes.  SVRS was modified to include voter with print
20    disability absentee requests as a category.
21    Q  And can you give us a broad layperson's overview of
22    what work needed to be done in order to enable
23    that?
24    A  Sure.  Well, high level, an absentee application,
25    an entry was added to the dropdown to indicate

Page 66

1    voter with print disability application and there
2    was a NVRA code, a tracking code, specific to that
3    type that was added to the system.  That was done
4    early on to enable counties that may receive an
5    application from a voter to document that, record
6    it, and then later be able to report on that as a
7    distinct type of absentee application that was
8    received.
9    Q  Is that work complete now?
10    A  The work was done in two parts, so I'll answer that
11    in two parts.  The first part, adding the
12    capability for a county user to record that, is
13    complete.  Was released in March I think was the
14    rough timeline.  Then more recently the work to
15    make that form available in an HTML format that can
16    be submitted and then conveyed to a county was
17    released just last week and so that is complete in
18    the sense that that was released, and now we are
19    assessing any changes or enhancements that will
20    come out in the next version.
21    Q  From the voter perspective, is it fair to say that
22    the form available to voters with print
23    disabilities in order to participate in this
24    absentee voting program by fax and via e-mail, the
25    current form enables a voter both to register to

Page 67

1    vote for the first time and to request this
2    accessible absentee ballot?  Is that fair?
3    A  Yes.
4    Q  Is there any plan to develop a form that only does
5    one of those things, to allow an already registered
6    voter to request just the absentee ballot?
7    A  That is possible from the site today.  A current
8    voter can authenticate to their portal and request
9    that absentee ballot through the combined form.
10    Q  I guess what I meant was:  Does that HTML
11    capability enable the voter to just skip all the
12    voter registration aspects then if they've already
13    registered and don't need them?
14    A  There is a radio button to indicate what it is they
15    want to do.  I think one of the --
16    Q  Okay.
17    A  Sorry.  Just to elaborate on your question a little
18    bit.  When I reference ways to improve upon that, I
19    think that's a consideration of how we present that
20    to the voter, is there a more efficient way to do
21    that.  It is a capability today, probably an
22    approved method.
23    Q  Are you aware of any entity working at the state or
24    county level or on behalf of the State or counties
25    right now to educate voters with print disabilities

Page 68

1    about these options beyond the placement of these
2    forms or documents on the State's voter document
3    page or IndianaVoters.com?
4    A  No, I'm not.
5    Q  Okay.  So stepping back a little bit.  When did
6    Civix or any of its predecessor companies first
7    enter into a contract with the State of Indiana or
8    any of its subdivisions relating to voting?
9    A  Oh, goodness.  I can't speak for all of our
10    contracts, but predecessor companies that I was
11    associated with that was acquired subsequently
12    ultimately by Civix was working in the voting space
13    dating back to the late 1990s.  So it's been quite
14    a long time.
15    Q  Do you know how long it's been with the State of
16    Indiana and Civix or its predecessor companies?
17    A  And that would be the relationship that I would be
18    referring to is Indiana with the predecessor
19    company.  They were doing some work for the
20    Secretary of State's office in the late 1990s and
21    subsequently were contracted to create the
22    Statewide Voter Registration System.
23    Q  Okay.
24    A  And that would have been about the HAVA timeline to
25    be live to meet the HAVA guidelines in 2005,

## Page 69

1    December 2005.
2    Q  Fair to say that there have been contracts between
3       Indiana and Civix ever since?
4    A  Yes.
5    Q  Can you summarize how often those contracts have
6       been entered into or renewed?
7    A  They follow the State's fiscal year, so every
8       two years.
9    Q  What is the financial value of one of those
10      two-year contracts around the state voter
11      registration service on average, do you think?
12   A  I think the latest one was turned over in
13      discovery.  I don't remember the exact number, but
14      ballpark around $2 million a year including all the
15      services.
16          MS. BRANDT-YOUNG:  So speaking of that
17      contract, let's mark as Exhibit 3 a document
18      Bates stamped as CIVIX472.
19   Q  Sir, if you'd like to try and find that document so
20      you can follow along, I'm also going to share
21      screen with it.
22   A  Okay.
23   Q  There we go, sir.  Do you see a document that
24      across the top says Professional Services Contract,
25      Contract #54912?

## Page 70

1    A  I do.
2    Q  I know it's 127 pages long, but if you can just
3       look through it and tell me if you think that this
4       is the most recent SVRS contract between Civix and
5       Indiana that you just mentioned.  Take the time you
6       need in order to do that.
7    A  Generally I can agree, yes, it is.
8    Q  Great.  So I just want to look at a couple of
9       specific pages.  If you look at .pdf page 37.
10   A  (The witness complied.)
11   Q  Fair to say this was signed by all parties on or
12      about June 23, 2021?
13   A  Yes.
14   Q  It is signed via DocuSign?
15   A  Yes, I believe that was the technology used.
16   Q  And looking at .pdf page 44, the timeline for this
17      is that it covers July 1, 2021, to June 30, 2022?
18   A  Correct.
19   Q  Do you have any reason to think that the numbers in
20      this document around the costs of the various
21      services?  They appear on a number of pages.  We
22      can go through them if you need to.  Are you aware
23      of any corrections that had to be made to this
24      contract because the amounts were wrong?
25   A  These amounts were accurate as of the time this was

## Page 71

1    signed, yes.
2    Q  Thank you.
3          MS. BRANDT-YOUNG:  So we'll move on from that
4       document and we'll mark as Exhibit 4 a document
5       that has the file name ACBI7461.
6    Q  First of all, sir, do you see a document that's
7       entitled at the top Indiana Statewide Voter
8       Registration System Modernization Project,
9       Amendment 3--SOW 3, Voters with Print Disabilities
10      Form (ABS-VPD)?  You see that?
11   A  I do, yes.
12   Q  Do you recognize this document?
13   A  I do.
14   Q  What is it?
15   A  This is a Statement of Work which conveys the
16      amount of funds to be allocated for the work Civix
17      is to do to update the Statewide Voter Registration
18      System to accommodate the recording of ABS-VPD
19      requests and to create the HTML version of that.
20   Q  And so is it fair to say that this is an amendment
21      of the two-year contract we just saw?
22   A  Not strictly.  There was an Amendment 3 that was
23      previously processed which gives the State then the
24      ability to approve statements of work thereunder.
25      So this isn't an amendment.  This is just a

## Page 72

1    Statement of Work as contemplated in Amendment 3.
2    Q  Okay.
3    A  I'm talking to a bunch of lawyers and I know I
4       probably just got that all wrong, but that's my
5       layman's, that's how we interpret this.
6          MS. BRANDT-YOUNG:  Well, to the extent that
7       Amendment 3 has not already been provided to the
8       plaintiffs, we're going to request it now.
9    Q  Looking through this document in a little more
10      detail.  Looking on this very first bullet point
11      here in the middle of page 1 where it says
12      Print Disabled Voters Form Submission from
13      Indiana Voters FSD version 1.0 (EA).  Do you see
14      that?
15   A  I do.
16   Q  What does FSD stand for?
17   A  Functional design document.
18   Q  Okay.
19   A  Functional system design.  Excuse me.
20   Q  Looking at the bottom of page 2.  When I look at
21      this, it looks like it's been signed by Civix but
22      there are no signatures from the client side, from
23      Jay Phelps or J. Bradley King or Angela M.
24      Nussmeyer.  Do you agree with that?
25   A  Yes.

Page 73

```
 1    Q Was this document ever countersigned by anyone at
 2      the State of Indiana?
 3    A I'd have to look and find a copy of that. I don't
 4      recall off the top of my head. I know we were
 5      given a verbal approval.
 6    Q When you look at this document, do you think it's
 7      the most recent version of this document?
 8    A Yes.
 9         MS. BRANDT-YOUNG: So to the extent that there
10      is a physically countersigned document, we're going
11      to request that. If there's a more final in any
12      way version of this document, we're going to
13      request it.
14    Q Looking at page 2 under M6, Delivery of code into
15      the Production environment, what does that mean?
16    A That's what I was referencing as the portion that
17      was deployed last week, the public site portion of
18      the application.
19    Q So what this means is that the code would be
20      available to the general public to use; is that
21      correct?
22    A Correct.
23    Q And the goal date was the week of April 18, 2022;
24      is that correct?
25    A Correct.
```

Page 74

```
 1    Q Thank you. Does Civix have any other contracts
 2      with Indiana right now for work specifically
 3      related to absentee voters with print disabilities
 4      or is this the one that's specific to that or is
 5      there only one and this is the one?
 6    A This is the one.
 7    Q Are there any other contracts related to voters
 8      with print disabilities under discussion or
 9      contemplated in any way?
10    A No.
11    Q Is Civix doing any such work without having a
12      contract for it?
13    A No.
14         MS. BRANDT-YOUNG: All right. So let's mark
15      as Exhibit 5 a document with the file name
16      ACBI7341.
17    Q Sir, do you have that document open and do you see
18      something that a title page that says Voters with
19      Print Disabilities Form (ABS-VPD) Electronic
20      Submission through Indiana Voters,
21      Functional Specification Document FSD-01, Civix,
22      Version 0.6, February 23rd, 2022?
23    A I do.
24    Q Great. Is this the functional specification
25      document that was referred to in the contract that
```

Page 75

```
 1      we were just looking at?
 2    A I believe so, although it's saying Version 0.6.
 3      Think that may have not been updated when the above
 4      reference was updated to 01, so I want to
 5      crosscheck that because there were several
 6      versions.
 7    Q I guess this is my question: What does Version 0.6
 8      mean? Is there a later version somewhere?
 9    A No. There were several iterations of this where
10      the State made changes. The final version was
11      updated to Version 1, which is referenced on the
12      Statement of Work that we just reviewed. I think
13      in looking at this more closely, that
14      Functional Specification Document, FSD-01, would
15      indicate that this is that version. I think the
16      below reference to Version 0.6 is just a typo from
17      another version. Yes, this does look like the
18      final version that the SOW is referencing.
19         And I think I referred to the FSD as a system
20      design document. Obviously specification document
21      is synonymous. Sorry.
22    Q No, that's fine. So if you could just take a quick
23      glance through the document and confirm that it's
24      the final version as far as you know.
25         MS. BRANDT-YOUNG: If it's not the final
```

Page 76

```
 1      version, then Plaintiffs request the final version.
 2    Q If you could just take a spin through it and check
 3      for us, I would appreciate that.
 4    A I believe this is the final version, yes.
 5    Q Thank you.
 6         THE WITNESS: Christina, if you'll forgive me
 7      for a second, my earbuds are about to die so I'm
 8      going to change audio.
 9         MS. BRANDT-YOUNG: That's fine. Do we need to
10      take a break or shall we just hold off on the next
11      question until you tell me you're ready?
12         THE WITNESS: If I come back, this method will
13      work. Can you hear me?
14         MS. BRANDT-YOUNG: I can hear you. Can you
15      hear me?
16         THE WITNESS: Works, yes. Thank you.
17         MS. BRANDT-YOUNG: Great. We're in business?
18         THE WITNESS: Yes.
19         MS. BRANDT-YOUNG: Thank you.
20    Q All right. So let's look at .pdf page 3.
21    A Okay.
22    Q So looking at the fifth bullet point on page 3,
23      which I have endeavored to try and highlight in the
24      screen share, what it says is, An approved version
25      of the ABS-25 that should be utilized for
```

Page 77

1    development will be provided by the state.
2         This is in a list of assumptions under this
3    document.  Can you tell us what the ABS-25 is?
4    A  Off the top of my head, like I said, I don't
5    memorize the form numbers, so I'd have to look that
6    up.  You had referenced that previously as the
7    secrecy waiver; right?
8    Q  That's what I believe.
9    A  Okay.
10   Q  Does that sound at least plausible here?
11   A  It does, yes.
12   Q  And so when this says an approved version of the
13   ABS-25 that should be utilized for development will
14   be provided by the state, what does that mean?
15   A  At that time, at the time this FSD was developed,
16   we did not have a final form, and so they were to
17   provide that in the course of development so that
18   it could be incorporated into the project.
19   Q  When it is incorporated into the project, what form
20   will that take?  What will Civix do to it and for
21   what purpose?
22   A  Typically it's a .pdf that needs to be produced.
23   As I said before, I think that is the case here is
24   if the voter's request scenario meets the criteria,
25   the system would generate that waiver, the ABS-25.

Page 78

1    Q  So I'm so sorry, sir.  I'm just having a hard time
2    hearing you.
3    A  Sorry.
4    Q  Can you say that again for me, please.
5    A  Sorry.
6    Q  Thank you.
7    A  If the voter's request meets the criteria outlined,
8    the system would allow for that form to be
9    generated in a .pdf format.
10   Q  Under what circumstances and for what purpose?
11   A  The circumstances are a voter that has requested an
12   e-mail or fax vote-by method.
13   Q  So if a voter with a print disability requests an
14   accessible absentee voting process, where does the
15   ABS-25 form come in?
16   A  Sure.  So the request for the ballot is recorded in
17   SVRS at the county level, and at that point if
18   those criteria are met the label for the outgoing
19   mail and this form are generated but then the
20   county would compile that and send that ballot out
21   at that time.
22   Q  When you say that the label and the e-mail would be
23   generated, tell me more about that, please.  I
24   don't think I'm familiar with that underlying
25   process.

Page 79

1    A  SVRS does not generate a ballot.  It just records
2    that a request was made and it records that a
3    ballot was sent, the transaction took place, but
4    then the process actually of mailing that or
5    e-mailing that takes place at the local level.
6    It's not something that SVRS is involved in.  It
7    just records that that transaction did take place.
8    Q  And how does the ABS-25 form get sent to the voter?
9    Is there any aspect of that that SVRS does?
10   A  It creates a print job -- shouldn't even say
11   print -- so it creates that form, that file, for
12   the county user.  Whether the county saves that and
13   moves it off in some other way or does print that
14   physically is at the county level.
15   Q  So is it fair to say that part of what Civix has
16   done is to create a flag for voters with print
17   disabilities within the SVRS system that counties
18   later use to figure out which documents need to be
19   sent to which voters and part of what SVRS will do
20   is remind the county that an ABS-25 form needs to
21   be sent to a voter with a print disability and
22   create sort of an easier software way for the
23   county to do that if they remember?
24   A  I think all of that is true, yes.  That is an
25   accurate statement, yes.

Page 80

1    Q  All right.  Thank you.  If we could look at page 4
2    under REQUIREMENTS, No. 1.  Voters with a print
3    disability must be able to use the WCAG 2.1
4    compliant website, IndianaVoters.com, to submit a
5    combined voter registration application and
6    absentee application.
7         Do you see that?
8    A  I do.
9    Q  What does WCAG 2.1 mean?
10   A  It is an accessibility standard to which the site
11   is built.
12   Q  Fair to say that's the Web Content Access
13   Guidelines of the World Wide Web Consortium?
14   A  Glad you can remember the acronym, but yes.  That
15   does sound familiar, yes.
16   Q  So what is Civix's experience making documents
17   accessible according to the WCAG standard?
18   A  I'm going to torture your term documents a little
19   bit.
20   Q  Okay.
21   A  We don't make documents accessible.  The HTML pages
22   are built to a standard, and then as much as we can
23   produce those to that standard still oftentimes in
24   most cases our clients will test or validate those
25   and may ask for remediation if they feel it is not

30(b)(6)

Page 81

1    meeting that standard. Find that the
2    interpretation of meeting that standard, as people
3    more in that community have told me, there's a part
4    of it that is math and science and there's some
5    that's art. So we look to our clients typically to
6    tell us if the art piece needs adjustment.
7    Q  What training do Civix staff have in making sure
8       that digital content is compliant with WCAG?
9    A  I defer to development management on the training
10      for the developers. In this instance we have a
11      site that was developed to a standard, and so
12      enhancements to that conform to the overall site
13      standard, which dates back to 2017, 2018.
14   Q  Is it fair to say that you're not aware of what
15      training Civix staff have around the WCAG standard?
16   A  It is fair to say, yes.
17   Q  All right. Has Civix played a direct role in the
18      past helping Indiana make its voting content
19      accessible to voters with disabilities?
20   A  Voting content, think we'd have to break that down
21      a little bit further. Sorry. We don't work in
22      voting as our understanding would be. It's more to
23      ballots and voting. The IndianaVoters.com website,
24      that site was developed to a standard. The State
25      did test that and there were some issues that were

Page 82

1    mitigated and it met the at that time WCAG 2.0 A,
2    AA, and ultimately AAA standard.
3    Q  What steps did Civix take in order to make
4       IndianaVoters.com compliant with WCAG?
5    A  So it was developed to the standard initially.
6       Then, as I say, the State had that tested by
7       another party who identified some changes either to
8       address an issue or improve that accessibility, and
9       so we did the mitigation work, addressed each of
10      those issues.
11   Q  Was the other party a company called SPR?
12   A  Yes, I believe so.
13   Q  And when you say that the site was developed to the
14      WCAG standard, what steps did Civix take? How did
15      it ensure that it was developed to be compliant
16      with the WCAG standards?
17   A  Well, the tools that our developers use generally
18      followed that and we also had run it through a
19      automated testing tool off of the -- now I'm going
20      to screw up the acronym -- W3 site.
21   Q  Is there a separate mobile version of any of the
22      content on IndianaVoters.com?
23   A  There is not.
24   Q  What happens if someone tries to access
25      Indiana Voters from a smart phone instead of a

Page 83

1    computer? Is there any difference in the
2    experience?
3    A  The screen size.
4    Q  Otherwise --
5    A  Not to be --
6    Q  Go ahead.
7    A  Sorry. Not to be too flippant, but obviously the
8       browser on a phone will lay out the page
9       differently, stack content that might otherwise be
10      shown left to right.
11   Q  Should the functionality be the same between the
12      mobile version and the sort of what I'm going to
13      call the desktop version?
14   A  Yes. Again, there is no mobile version. It is a
15      single site.
16   Q  Thank you. So the better question would have
17      been: Is there any difference in the functionality
18      between accessing IndianaVoters.com on a smart
19      phone versus on a desktop computer?
20   A  I can't say that there's no difference. I don't
21      control the thousands of permutations of smart
22      phones and browsers and browser settings that a
23      local user may have, and we have heard issues where
24      a voter has some unique setting on their phone that
25      changes their experience. No, it is a single site

Page 84

1    meant to be served up regardless of the device to
2    access the same information.
3    Q  So looking at REQUIREMENTS, No. 5, which says, The
4       State of Indiana will be responsible for
5       procurement of web accessibility testing for the
6       public site scope as well as the PDF form included
7       in this FSD and must meet Web Content Accessibility
8       Guidelines version 2.1. Civix will be responsible
9       for coding the public site changes included in this
10      FSD to adhere to the WCAG 2.1 standard.
11         Do you see that?
12   A  I do.
13   Q  What does that mean?
14   A  Much like when the site was released that I
15      described previously, the State will procure their
16      own testing services to validate where WCAG 2.1 is
17      met or, if not, what updates need to be made to
18      meet that standard.
19   Q  Are you aware of the State contracting with anyone
20      to do that before it went live?
21   A  No, I'm not.
22   Q  If you know, did they make any attempts to do that?
23   A  I believe they are attempting to do that now.
24   Q  Is it fair to say that before the voters with print
25      disabilities form went live on IndianaVoters.com

Page 85

```
 1      that no external testing company to the State or
 2      Civix was used?
 3   A  I think it's fair to say no external was used.  I
 4      believe they had attempted to utilize one that did
 5      not work out.
 6   Q  Do you know why it didn't work out?
 7   A  Can't say.
 8   Q  Do you know who they attempted to work with?
 9   A  I had heard reference to SPR, the company that had
10      previously done the work.
11   Q  But ultimately that didn't occur?
12   A  Correct.
13   Q  Did Civix do any internal testing with the content
14      before it went live?
15   A  Just running it through some automated tools -- I
16      don't remember which specifically -- and then
17      conforming to the existing standard of the site,
18      which speaks to the fonts, contrasts, alt tags that
19      the overall site was designed to.
20   Q  Is it fair to say that Civix believes that the
21      ABS-VPD, voters with print disabilities, content
22      does comply with WCAG 2.1 right now?
23   A  I'm not intimately familiar with 2.1, so I couldn't
24      say.  I think it's safe to say that it complies to
25      2.0 because it follows the same standard as the
```

Page 86

```
 1      site overall, but I'm not familiar enough with the
 2      difference between the standards to comment on
 3      that.
 4   Q  Was there an understanding that the content
 5      shouldn't go live to the general public unless it
 6      complied with WCAG 2.1?
 7   A  There was no understanding to that effect.
 8   Q  All right.  Let's take a look at .pdf page 8, and I
 9      was hoping you could look at 21 and 22.  Those
10      provisions start out with, A new County and
11      Statewide report titled "Voters with Print
12      Disabilities" will be added to the Voter section of
13      SVRS and will be available in PDF and Excel.  Then
14      Paragraph 22 starts off with, A new County and
15      Statewide extract titled "Voters with Print
16      Disabilities" will be added to the Data Extract
17      section of SVRS and will be available in Excel and
18      CSV.
19          Do you see those?
20   A  I do.
21   Q  Are Excel and CSV the same thing or no?
22   A  It's a different file format, but the data's the
23      same.
24   Q  And looking at Paragraph 21, when it says a new
25      County and Statewide report will be added, what's a
```

Page 87

```
 1      report as opposed to an extract?
 2   A  An extract is typically just raw data as opposed to
 3      a report which is formatted.  Data's the same, it's
 4      just the layout and the file format.
 5   Q  Why do you need both?
 6   A  It's really a legacy function of SVRS where the
 7      reports have always been separated from an extract.
 8      An extract by a user is typically meant for some
 9      other data analysis, maybe consumption by a
10      different application, so it's just raw data
11      typically that might otherwise be presented.
12   Q  Typically because the user wants to manipulate it
13      in some way?
14   A  They want to analyze it, yes, in some way.
15   Q  I'm afraid I might have interrupted you just now,
16      so if you were going to keep explaining please do.
17   A  No, you're okay.  That's all right.
18   Q  Thank you.  Let's see.  If you could look at .pdf
19      page 23.  Do you see that the sort of title of the
20      section that starts on this page is called
21      Voters with Print Disabled VR Online Hopper?
22   A  Yes.
23   Q  What does VR stand for?
24   A  Voter registration.
25   Q  What's a hopper?
```

Page 88

```
 1   A  A hopper is an aspect of SVRS probably most easily
 2      explained as work items or to-do items for a county
 3      user.  So when a county user logs into SVRS,
 4      they're presented with a variety of hoppers.  Those
 5      are typically items that they need to either just
 6      review and be made aware of or may need to act
 7      upon.
 8   Q  If we could look at page 26, which is the last
 9      page.  From my perspective looking at this, it
10      appears that we have signatures on this document
11      from all of the relevant people in the State of
12      Indiana, Jay Phelps, Bradley King,
13      Angela Nussmeyer, but no signature from Civix.  Do
14      you read this the same way?
15   A  Yes.
16   Q  Is there a final signed version of this that was
17      countersigned by everyone?
18   A  I'd have to look.  I do not know that there is from
19      Civix, because the intent of this is to get
20      approval from the State of the content, the scope
21      to be developed.  I don't know that there's need
22      for a Civix approval.  As much as we produce the
23      document, we're asking the State to approve this so
24      that we could then develop a Statement of Work.
25   Q  Well, and the Statement of Work is the document we
```

Page 89

1    looked at prior to this one; is that right?
2    A Correct.
3    Q So you have Civix signature on one and the State
4    signature on the other and together they tell you
5    what needs to be done when and for how much. Fair
6    to say?
7    A Fair enough, yes.
8        MS. BRANDT-YOUNG: So if there is a
9    countersigned version of this document or a more
10   final version of this document, the plaintiffs
11   request it.
12   Q Final question here: Is there anything about this
13   FSD that suggests that Civix is producing a ballot
14   in any way for voters, that it's programming
15   anything that would provide ballot information to
16   voters?
17   A No. We don't produce ballots.
18       MS. BRANDT-YOUNG: All right. So let's mark
19   as Exhibit 6 a document with the file name
20   CIVIX637.
21   Q Sir, do you see what appears to be an e-mail dated
22   at the top March 29, 2022?
23   A I do.
24   Q Great. I think that this document may be a little
25   difficult to read. For some reason when it was

Page 90

1    produced electronically it ended up with a font
2    size that appears small to me. So let me know if
3    you need something enlarged or if you'd like to
4    look at your local version in order to understand
5    it better. Have you ever seen this before, this
6    document?
7    A It does ring a bell, yes.
8    Q What is it?
9    A It is Baker Tilly sending their draft State SOP,
10   standard operating procedure, document for review
11   by Civix.
12   Q Who are the recipients of this e-mail?
13   A Well, in addition to myself on carbon copy are
14   three of my staff, two of the proficiency managers
15   and the program manager on our team.
16   Q Who's the sender?
17   A Sender is from Baker Tilly. Brandi is a
18   representative of Baker Tilly and her two
19   colleagues, Seth Cooper and Jack Sanders, are on
20   carbon copy.
21   Q What is an SOP?
22   A Standard operating procedure is a document that the
23   State produces to counties to give them direction
24   on mostly policy matters and processes.
25   Q And when you look at the Attachments line, is it

Page 91

1    fair to say there's an SOP document attached to
2    this e-mail?
3    A Yes.
4    Q Do I understand you correctly that the author of an
5    SOP is the State?
6    A Correct.
7    Q And one of the final intended audiences of an SOP
8    are the counties?
9    A Correct.
10   Q What's the purpose of the State sharing an SOP with
11   Civix?
12   A Civix is asked to review and provide input as the
13   system evolves to see if there are any changes that
14   need to be incorporated as feedback. So we'll
15   typically read through it, make sure the references
16   are accurate, if it references any other documents
17   or if it's referencing the system that they are
18   making true statements.
19   Q So do I understand you correctly that part of what
20   this SOP does is instruct counties in how to
21   interact with the SVRS system and as the final sort
22   of authors and keepers of the SVRS system you're
23   here to make sure that those descriptions are
24   correct?
25   A Yes.

Page 92

1    Q Thank you. That's very helpful. Looking at this
2    e-mail, is it fair to say that the SOP that was
3    attached to it was a draft one, not the final one?
4    A Correct.
5    Q Do you know if there is a final version of that
6    SOP? Was that ever developed?
7    A I'm not immediately familiar with the status of
8    that. That'd be a State/Baker Tilly question.
9    Q Did Civix provide any alterations to the SOP that
10   was attached to this e-mail?
11   A I don't recall off the top of my head. Sorry.
12       MS. BRANDT-YOUNG: So Plaintiffs are going to
13   request both from Civix and the State the most
14   current version of this SOP.
15       All right. So I'd like to ask the court
16   reporter to mark as Exhibit 7 a document with the
17   title CIVIX193.
18   Q Sir, do you see a document that at the top has a
19   line saying Purpose, This SOP provides guidance to
20   ongoing absentee applications from voters with
21   print disabilities in SVRS using the state form
22   ABS-VPD? Do you see that?
23   A Yes.
24   Q Is this the SOP that was referred to in the e-mail
25   above?

30(b)(6)

|  | Page 93 |
|---|---|
| 1 | A  Likely it is a draft SOP, yes. |
| 2 | Q  If you could skip to page 3 with me. |
| 3 | A  (The witness complied.) |
| 4 | Q  So looking at the first full paragraph on this page |
| 5 | and thereafter, the text reads, Until July 1, 2022, |
| 6 | the ABS-VPD form to request an absentee ballot by |
| 7 | mail must be received by county election officials |
| 8 | not later than 11:59PM (local prevailing time), |
| 9 | 12-days before the election for the absentee ballot |
| 10 | request to be reviewed and processed.  State law |
| 11 | does not explicitly provide for a deadline to |
| 12 | receive a ABS-VPD form requesting an email or |
| 13 | faxed ballot. |
| 14 | Do you see that? |
| 15 | A  I do. |
| 16 | Q  And just to be clear, ABS-VPD is the combined form |
| 17 | for registration and request of an accessible |
| 18 | absentee ballot for voters with print disabilities; |
| 19 | is that right? |
| 20 | A  Yes. |
| 21 | Q  Great.  So skipping the paragraph after that and |
| 22 | looking at the third full paragraph on the page, it |
| 23 | says, The absentee portion of the ABS-VPD |
| 24 | application received after these deadlines should |
| 25 | be entered into SVRS and would be a valid |

|  | Page 94 |
|---|---|
| 1 | application for the next election, if another |
| 2 | election is held during that calendar year.  For |
| 3 | instance, Susan submits an ABS-VPD form on May 1, |
| 4 | 2022.  The application is "late" for the May |
| 5 | primary election but would still be held and |
| 6 | processed for the November general election when |
| 7 | the module is open. |
| 8 | Do you see that? |
| 9 | A  I do. |
| 10 | Q  So is it fair to say that your understanding of |
| 11 | this draft SOP is that if a voter with a print |
| 12 | disability requests a fax or e-mail ballot, say, |
| 13 | fewer than twelve days before the election, say |
| 14 | nine days before the election, the May primary |
| 15 | election, they may not have a fax or e-mail ballot |
| 16 | for the May primary?  Is that right? |
| 17 | A  I'm sorry.  I don't think I followed that or agree |
| 18 | with that.  Can you restate it? |
| 19 | Q  Sure.  Let me look at this again.  It's confusing. |
| 20 | That's why I'm asking about it.  Looking at the two |
| 21 | sentences that say, For example, Susan submits an |
| 22 | ABS-VPD form on May 1, 2022.  The application is |
| 23 | "late" for the May primary election but would still |
| 24 | be held and processed for the November general |
| 25 | election when the module is open. |

|  | Page 95 |
|---|---|
| 1 | Do you interpret that to mean and does Civix |
| 2 | interpret that to mean that even if someone were |
| 3 | filing a request for an e-mail or a faxed ballot |
| 4 | for the May 2022 primary election, if they filed |
| 5 | that application nine days before the primary that |
| 6 | their application would be considered late and that |
| 7 | they would not be provided a fax or e-mail ballot |
| 8 | for the May primary? |
| 9 | A  No, that is not our understanding.  Our |
| 10 | understanding is this paragraph is meant to |
| 11 | elaborate on the paragraph prior to that, which |
| 12 | speaks to after July 1, 2022.  Currently and until |
| 13 | July 1, 2022, there is no provision for a deadline |
| 14 | on e-mail and fax ballot requests.  So those are |
| 15 | presented to the county and the county can act upon |
| 16 | those. |
| 17 | Q  Because what the thing says is Susan submits an |
| 18 | ABS-VPD form on May 1, and it doesn't specify |
| 19 | whether that's to receive her ballot by mail or by |
| 20 | e-mail or fax.  What this says is if she submits a |
| 21 | form on May 1, the application is late for the May |
| 22 | primary but will be processed for the November |
| 23 | general election. |
| 24 | The purpose of the question was to understand |
| 25 | how Civix interpreted this.  Can you explain to me |

|  | Page 96 |
|---|---|
| 1 | why my interpretation is wrong? |
| 2 | A  I can't explain your interpretation.  I see what |
| 3 | you're saying and what you're reading, but my |
| 4 | understanding is that a fax or e-mail application |
| 5 | can still be processed and will still be processed |
| 6 | by the counties if received today for the primary, |
| 7 | that requests by mail are now considered late and |
| 8 | the county would consider those for rejection.  I |
| 9 | should clarify.  Not rejection, but they would hold |
| 10 | that and process it as an ongoing request then for |
| 11 | the general. |
| 12 | Q  What if someone submitted an ABS-VPD application |
| 13 | through Indiana Voters today for provision of a fax |
| 14 | or e-mail ballot for the May election?  Would you |
| 15 | expect that that would be processed by the county |
| 16 | for the May 2022 election? |
| 17 | A  I would based on my understanding, yes.  It's |
| 18 | presented to the county.  It's up to the county to |
| 19 | process. |
| 20 | Q  What oral discussion or e-mail discussion, if any, |
| 21 | has Civix had with either Baker Tilly or with the |
| 22 | State that may have involved this topic? |
| 23 | A  Well, having just released the application last |
| 24 | week, there's been a lot of discussion about its |
| 25 | use and continued use by the public and the |

Page 97

1   counties then in processing those records that are
2   being submitted.  So I think that the State is
3   providing guidance to the counties on how to
4   consider those applications.
5   Q  Have you seen any of that guidance?
6   A  I think I've seen some draft language.  I don't
7   know that it's gone out.  That's a question that
8   the State would have to answer.
9        MS. BRANDT-YOUNG:  So the plaintiffs are going
10  to request from Civix and from the defendants all
11  guidance to the counties on that topic and all
12  guidance to Civix on that topic.
13  Q  So just to make sure that I'm 100 percent clear on
14  this issue.  Is there anything in the SVRS system
15  as Civix has coded it relating to voters with print
16  disabilities that would prevent a county from
17  knowing that a voter with a print disability
18  requested a ballot provided by e-mail or fax for
19  the May 2022 election and filed that request fewer
20  than twelve days before the May 2022 election?  Is
21  there any sort of Civix-coded reason why a county
22  would not be informed?
23  A  No.  All of those requests are date and time
24  stamped so that the county is aware of when it was
25  submitted.

Page 98

1   Q  Thank you.
2        MS. BRANDT-YOUNG:  All right.  Let's mark as
3   Exhibit 8 a document with the file title CIVIX243.
4   Q  Here we go.  Sir, can you see what appears to me to
5   be an e-mail with the date March 7, 2022?
6   A  Yes, I can.
7   Q  Great.  Do you recognize this document?
8   A  I do.
9   Q  What is it?
10  A  This is an e-mail from Baker Tilly to Civix
11  acknowledging that some portion of the application
12  development was going to be pulled forward in the
13  project plan.
14  Q  What does pulled forward mean?
15  A  Delivered early.
16  Q  And so can you just describe who the senders and
17  recipients of this e-mail are?
18  A  Sure.  Brandi Riggle is a representative of
19  Baker Tilly, as is her colleague on copy,
20  Seth Cooper.  This is to Jack Sanders with
21  Baker Tilly.  This is to Civix.  La'Chanda is our
22  program manager and I am on copy as well as Isaac,
23  one of our proficiency managers.
24  Q  So I'd like you to look down that page under an
25  e-mail from Brandi Riggle dated March 4 of this

Page 99

1   year at 1:15PM.  There's some text there saying, I
2   think, Based on these dates, the VwPD would be
3   available after the voter registration deadline
4   (April 4) and available either on the absentee
5   ballot application deadline to vote by mail,
6   e-mail, or fax (April 21) or the day after.  This
7   would mean Voters with print disabilities would not
8   be able to use the online ABS-VPD for the primary
9   election.
10       Do you see that text there?
11  A  I do.
12  Q  So looking at the second half of the sentence
13  there, it looks like the factual presumption being
14  made is that the absentee application deadline to
15  vote by mail or e-mail or fax for voters with print
16  disabilities is April 21 and that any applications
17  filed after that date would mean that the voters
18  with print disabilities would not be able to use
19  this online form for the primary election.  Do you
20  agree with me that that's what that text seems to
21  presume?
22  A  That seems to be her interpretation and
23  communication, yes.
24  Q  Do I understand correctly, however, that that's not
25  how it's working at least from the

Page 100

1   IndianaVoters.com and Civix perspective?
2   A  No.  In fact, as I said, and this e-mail actually
3   is speaking to, the breaking the project into two
4   pieces, giving the counties the ability to process
5   and record applications from voters with print
6   disabilities early, was pulled forward, and then
7   the electronic portion was released, as I said,
8   last week and remains available for submitting
9   those applications.
10  Q  And it remains available to the public for
11  submitting those applications today?
12  A  It does.
13  Q  Noting that today is April 26 and the May 3
14  election is not till May 3.  Is that correct?
15  A  Correct.
16  Q  When did the voters with print disabilities
17  absentee ballot application request go live?
18  A  Are you speaking to the portion that was released
19  earlier and enabled the counties to process those
20  requests or are you speaking strictly to the public
21  website portion, the HTML portion?
22  Q  Not the counties' portion but the voters' portion.
23  A  I'm sorry.  I didn't follow that.
24  Q  Not the counties' version but the voting public
25  version.

Page 101

1   A  Well, and even there I'm going to torture that a
2      little bit.  I believe the form was made available
3      for download from the State in March.  But the
4      website I think is what you're asking for that we
5      developed; is that correct?  Is that the intent of
6      the question?
7   Q  Yes.  And to torture the question further, which I
8      have to say as a lawyer gives me great joy, is it
9      correct that the .pdf version of the ABS-VPD form
10     was made public by the State on portions of the
11     State's website controlled by the State in March?
12     Do I have that right?
13  A  That is my understanding, yes.  Yes, and that's
14     what I'm referencing.
15  Q  And that's part of why Civix needed to make the
16     portions of SVRS that it controls available to the
17     counties early; is that right?
18  A  Correct.  So that the counties could then
19     appropriately document the receipt of any of those
20     forms if they were sent to a county.
21  Q  And then as an alternate to the .pdf version of the
22     ABS-VPD version, Civix also presented an HTML
23     version of that application through
24     IndianaVoters.com; is that right?
25  A  Correct.

Page 102

1   Q  What date did that go live to voters, the HTML
2      version?
3   A  If you'll forgive me, I need to pull up my calendar
4      just to make sure I'm on the right date.  If you'll
5      give me a second.
6   Q  Sure.
7         MS. BRANDT-YOUNG:  So we'll note that the
8      witness is using a document that we haven't shown
9      him for the purpose of making his testimony
10     accurate and we are on board with that.
11        THE WITNESS:  I'm just opening my calendar.
12        (Witness reviewing calendar)
13  A  So that code release was the evening of April 20.
14  Q  And when you say the evening of April 20, when you
15     say evening what do you mean?
16  A  The build process can take some time.  It started
17     at 7:00 p.m. that night and I think we were back up
18     and live within a couple of hours.
19  Q  So fair to say sometime roughly around 9:00 p.m. on
20     April 20?
21  A  Yes, I think that's safe to say.
22  Q  All right.  Thank you.  So from Civix's
23     perspective, is its work on the absentee voters
24     with print disabilities project complete?
25  A  I would say no.  Our work is never complete.  It's

Page 103

1      software and there are people involved, and so it's
2      a constant evolution.
3   Q  Is there any work that Civix was directed to do
4      under any of the contracts that we've seen today
5      that is still left to be done?
6   A  The team is assessing that I think relative to the
7      original FSD and then will also monitor the use of
8      that and how it works in the wild, so to speak, and
9      so there will be ongoing work to enhance that.
10  Q  So is it fair to say that if Civix or the State
11     receives reports of problems from any source,
12     they'll try to go back and correct those?
13  A  All reports are investigated to determine if it may
14     be user error or if there might be an issue with
15     the software or if there might be an alternative
16     enhancement that could enable the software to work
17     differently or better.
18  Q  How would a voter know how to contact Civix in
19     order to pass along reports of that kind?
20  A  A voter doesn't contact Civix through the public
21     site.  Voter would contact the Election Division.
22  Q  How do voters know how to contact the
23     Election Division?
24  A  There's a link on that page, to provide feedback
25     contact the Election Division directly.

Page 104

1   Q  On what page?
2   A  IndianaVoters.com.  Sorry.
3   Q  Is there any functionality under the contract that
4      Civix has yet to deliver?  When I say the contract,
5      I mean the ones specific to voters with print
6      disabilities that we've seen today.
7   A  That's being assessed by the team now.  Our team
8      reviewed the functionality relative to the FSD and
9      delivered that to the State.  I think the State has
10     questioned some of the interpretation of those
11     provisions and whether they want it to be delivered
12     differently, so that's a point to be determined.
13  Q  So the State is still providing feedback?
14  A  State is still providing feedback, yes.
15  Q  But there are no new products or services that have
16     yet to be provided that you already know about,
17     it's merely a question of refining the things that
18     you've already delivered?  Is that fair?
19  A  That's fair.
20  Q  And I believe we said before that there's no future
21     work relating to voters with print disabilities
22     that the State is contemplating through Civix right
23     now; is that correct?
24  A  I think that is correct.  The only caveat I might
25     throw out there is, back to your reference to

30(b)(6)

Page 105

1    testing services, if they were to identify items to
2    be addressed that we would mitigate those items.
3    So that's kind of to be determined, I guess.
4    Q  So possibly accessibility testing for the services
5    you've already delivered could be added.  Is that
6    fair to say?
7    A  Not testing, but mitigating those items that may be
8    raised by testing by someone else.
9    Q  But as far as you know, no additional work as to
10    voters with print disabilities beyond what you've
11    already described?
12    A  Correct.
13        MS. BRANDT-YOUNG:  All right.  So I'm going to
14    ask the court reporter to mark as Exhibit 9 a
15    document with the file name BTUS33.
16    Q  So, sir, I've pulled up what looks like an e-mail
17    from Thomas White to a number of recipients with
18    the subject line RE: Meeting with Baker Tilly,
19    Civix, & Bosma Enterprises dated Friday, May 14,
20    2021.  You see that?
21    A  I do.
22    Q  So this is in two parts.  The top is an e-mail and
23    the bottom is a meeting invitation.  Can you just
24    take a look through it and then tell me if you
25    recognize this document?

Page 106

1    A  I do.
2    Q  What is it?
3    A  It was an invitation to a meeting that Baker Tilly
4    was facilitating among a number of constituents
5    with the Secretary of State's office.
6    Q  What was the subject matter of that meeting?
7    A  They were looking for input as they considered
8    their path forward on the Senate Enrolled Act 398.
9    Q  Which of the recipients here are from Civix?
10    A  Myself, Karen Gee, Thelma Van, and Tom Ferguson.
11    Q  And looking at the bottom half, as I mentioned,
12    this looks like a meeting invite; is that correct?
13    A  Yes.
14    Q  Did you attend that meeting?
15    A  I did.
16    Q  If you remember, did all of these people attend
17    that meeting?
18    A  I don't remember that they all attended frankly.
19    Q  Is there anyone in this list that you do remember
20    being there?
21    A  I do remember Brandon Clifton, Thomas White,
22    Seth Cooper.  Honestly I don't even remember if my
23    colleagues were able to make it and I don't
24    remember the exact attendees from the outside
25    entities, Bosma.

Page 107

1    Q  Then scrolling back up to the top under the
2    Attachments, it lists an attachment of
3    Senate Enrolled Act 398 Discussion.pdf.  Do you see
4    that?
5    A  I do.
6        MS. BRANDT-YOUNG:  So let's mark as Exhibit 10
7    another document with the file name BTUS34.
8    Q  All right.  Sir, do you see a document here that on
9    the first page says Indiana Election Division,
10    Senate Enrolled Act 398, Friday, May 14, 2021?
11    A  I do.
12    Q  Have you ever seen this before?
13    A  Yes, I have.
14    Q  What is it?
15    A  It was a document developed by Baker Tilly.  It was
16    a thought piece that they had considered and
17    developed some ideas or thoughts on how the State
18    might achieve the goals of the Senate Enrolled Act
19    referenced.
20    Q  Is this the document that was attached to that
21    e-mail and meeting invite?
22    A  Yes.
23    Q  So this was discussed during that meeting; is that
24    right?
25    A  It was.

Page 108

1    Q  Thank you.  So let's move to page 3.  So looking
2    here, this portion of this document is organized
3    into columns and the columns are labeled Option 1,
4    Option 2, Option 3.  Option 1 contains a qualifier
5    of UOCAVA Workflow (Electronic Mail or Fax);
6    Option 2 is titled Build Accessible Absentee
7    Application & Ballot Submission Portal
8    (Web Publication), and Option 3 is called Hybrid
9    and it says (Electronic Mail, Fax, or
10    Web Publication).
11        Do you see those headings there?
12    A  I do.
13    Q  So could you just explain on the very broadest
14    level what were the biggest differences between
15    these three options?  What were they seeking to do
16    and how did they propose to do it in ways that were
17    different from each other?
18    A  Frankly I didn't facilitate that conversation, so I
19    don't know that I can elaborate greatly beyond
20    what's printed here and presented by Baker Tilly.
21    I do remember that the general feedback from the
22    team at the time was that it did make sense to
23    leverage UOCAVA workflow, that the website at that
24    time had passed WCAG 2.0 AAA and so it met much of
25    what was discussed or could be leveraged at least.

30(b)(6)

## Page 109

1    Then the only other point that was made is about I
2    think in here there was some discussion of
3    certification and self-certifying.
4        So my memory is those were the big takeaways,
5    but there wasn't at that time a discussion of a
6    combined form, which subsequently was provided to
7    us as the direction that we were to follow.
8    Q  So talking through that again, you said that the
9    feedback from the team was to go with Option 1; is
10   that right?
11   A  No.  That there was a general discussion that they
12   did want to leverage UOCAVA workflow, but there
13   again, Option 3 would as a hybrid incorporate some
14   of that as well.
15       (A discussion was held off the record.)
16   Q  Well, so what I understand when I look at these
17   options is that the scope was implementation of
18   Senate Enrolled Act 398 as it relates to voters
19   with print disabilities from the beginning to the
20   end of the voting process.  When I look at sort of
21   pages 3 and 4 and 5, these are the methods for
22   doing the entire process including absentee ballot
23   submission, absentee ballot application, status
24   tracking, troubleshooting.  Do I understand that
25   correctly?

## Page 110

1    A  There were a number of options that Baker Tilly had
2    considered, but I don't tie this directly to what
3    we were ultimately contracted for to deliver, which
4    was the combined form, which was provided in
5    December of last year.
6    Q  That sounds correct to me in accordance with what I
7    understood before.  What I'm trying to understand
8    is during this meeting that you had on May 14 of
9    2021 what were the options that were being
10   discussed.  So when I look at this, the procedure
11   under discussion seems to be all steps in the
12   absentee voting process for voters with print
13   disabilities and Option 1 was doing it entirely by
14   e-mail or fax; Option 2 was building an accessible
15   absentee application and ballot submission portal,
16   which is a web publication method; and then
17   Option 3 was a hybrid where the State would do
18   both.
19       Do I understand that right?
20   A  That is correct.  So all options were discussed.  I
21   just don't recall there being the selection of an
22   option.  It was, as I said, a thought piece that
23   Baker Tilly presented and meant to generate
24   discussion of those various options.
25   Q  Thank you.  That's helpful.  In Civix's opinion,

## Page 111

1    are all of these options technologically feasible?
2    A  I'd hesitate to say all technologically feasible.
3    I believe, if I recall, there's some discussion
4    here of going outside of our typical scope getting
5    into voting, which is not something that we would
6    technically consider within our purview.  But
7    everything else seemed pretty straightforward that
8    either existed or could be developed.
9    Q  So I think the question that I'm asking may be a
10   little broader than the question that you're
11   answering, which is:  Is it technologically
12   feasible to be done with unknown vendors in the
13   universe that you haven't identified yet?
14   A  Software can usually solve most problems with
15   enough time and money.  There's a general vendor
16   answer (laughing).
17   Q  So fair to say that someone somewhere would be able
18   to code each of these options; is that right?
19   A  I'm sure there are vendors who would say they would
20   do that, yes.
21   Q  Leaving aside the question of current scope of your
22   contracts or business services, does Civix have the
23   technological expertise to code any of these
24   options itself or no?
25   A  I'd have to go through them in detail to see if

## Page 112

1    there was any no to that.  As I recall, most of
2    this is within our purview.  The only piece that I
3    think they had discussed and brought up is the
4    ballot submission piece, which we would consider
5    voting, that that's more of a technically
6    challenging portion that I know some vendors do
7    claim to offer securely and there are those in the
8    security community who question that.  It's not
9    typically where we play, and certainly not in
10   Indiana.  It's outside of our scope.
11   Q  So that's not something that Civix is currently
12   providing in the marketplace, online ballot
13   submission; is that correct?  By submission I mean
14   submission of marked ballots back to a county for
15   counting.
16   A  That I think gets back to our previous session
17   where you'd shared a piece that I was unfamiliar
18   with through one of our partners that, again, I
19   don't know the specifics of that.  In Indiana, no,
20   we do not facilitate marked ballots being securely
21   returned to the county.
22   Q  So picking up on something that you said before.
23   It's fair to say that there are vendors who do
24   provide HTML ballot provision and marking and
25   submission of marked ballots to the counties; is

Page 113

1    that correct?
2    A   There are vendors that claim to do that securely,
3    yes.
4    Q   So there are vendors who claim to do that, full
5    stop; is that right?
6    A   Yes.
7    Q   And there are vendors that claim to do that
8    securely; is that also true?
9    A   That is my understanding of the marketplace, yes.
10   Q   Is there any reason that one of those vendors
11   couldn't be used by the State of Indiana to
12   coordinate with the information available in SVRS?
13   A   I wouldn't see any reason.  We work with a lot of
14   vendors the State contracts with, so there's
15   nothing that comes to mind that would prevent that.
16   Q   If the State does contract with such a vendor, is
17   there anything that requires Civix's involvement or
18   participation?  Or can they do it without you?
19   A   Both frankly.  I think to fully utilize a vendor of
20   that nature, there would likely be some exchange of
21   information between the systems.
22   Q   Could that exchange of information be done at the
23   county level without Civix being involved?
24   A   Certainly.  Counties can do what they choose.
25   Q   So during this meeting do you remember Civix

Page 114

1    promoting any one of these three options?
2    A   Not promoting an option per se.  I did make a point
3    of reminding everyone that the site as developed
4    and delivered had been tested against the WCAG
5    standard and did allow a voter to make updates to
6    their voter registration and to request an absentee
7    ballot.  So there are a number of these items that
8    were covered within the then-current scope.
9    Q   So is it fair to say that as to Option 2 and
10   Option 3 many of the tasks related to making those
11   options available to voters with print disabilities
12   have already been done by Civix?  Is that right?
13   A   Yes.
14        MS. BRANDT-YOUNG:  Okay.  We've had you going
15   for quite a while now, so if you wouldn't mind can
16   we take a five-minute break now?
17        THE WITNESS:  Sure.
18        MS. BRANDT-YOUNG:  Any objections?
19        (no response)
20        MS. BRANDT-YOUNG:  Hearing none, it's 2:51,
21   we'll see you back here at roughly 2:56.  Thank
22   you.
23        (A brief recess was taken.)
24        MS. BRANDT-YOUNG:  Let's go back on at 3:02.
25        THE WITNESS:  Close my door.  Sorry.

Page 115

1        MS. BRANDT-YOUNG:  Sure.
2        THE WITNESS:  Go ahead.
3    Q   So recognizing that the HTML version of the
4    combined voter with print disability registration
5    and absentee ballot request form that that went
6    live approximately 9:00 p.m. on the 20th and that
7    it's been up for not quite six days, is Civix aware
8    of any feedback from any source about that form
9    after it went public?
10   A   Yes.
11   Q   Tell us about that feedback.
12   A   There are county users who are asking some
13   questions and offering ideas on how to improve it,
14   so it's an ongoing process.
15   Q   So there's been some feedback that originated with
16   county users?  Do I understand that right?
17   A   Yes.
18   Q   Are you aware of any feedback on the voter side
19   HTML form from any source other than county
20   election boards?
21   A   We don't really get correspondence directly from
22   voters.  That goes to the counties or to the State,
23   so I guess I could add some feedback from the
24   State.  Those are our primary sources.
25   Q   So what I'm trying to understand is you're making a

Page 116

1    distinction, which I appreciate, between who passes
2    the feedback on to you and where the feedback
3    originates from.  That is really helpful.  What I'm
4    assuming from what you said before -- tell me if
5    I'm right -- is that there is some feedback that
6    you heard about from county election boards that
7    originated with those same county election boards;
8    is that right?
9    A   Say that again.  I apologize.  Sorry.  I know
10   you're trying to be precise and I want to answer it
11   correctly.
12   Q   Thank you.  That is what we're striving for without
13   also being confusing.  It's a process.
14   A   Yes.
15   Q   Do I understand correctly that Civix has heard from
16   feedback on the HTML voter side form that
17   originated in ideas with county election boards?
18   A   County election board, I don't know.  It's county
19   users for us.  It's just a user of SVRS.  So I
20   don't know that I could say specifically county
21   election board.
22   Q   So a county-level user, can you explain what you
23   mean when you say that?
24   A   A county employee who uses SVRS.
25   Q   Are you aware of any feedback on the voter side

Page 117

```
 1      HTML form that has originated with anyone other
 2      than a county employee using SVRS?
 3   A  Not specifically, no.  I would presume -- but I
 4      know that I'm not supposed to presume -- that some
 5      of that may be voter feedback to the county, but we
 6      typically hear just the version from the county.
 7   Q  And did you say that you also received some
 8      feedback from the State or state-level users about
 9      the form after it went live?
10   A  Yes.
11   Q  Do you know where that information originated from,
12      recognizing that it was conveyed to you through the
13      State?
14   A  Yes.  Well, they typically get their feedback from
15      counties.  And they may be contacted by voters
16      directly, but I don't know necessarily if that was
17      the case here.
18   Q  So what were the sorts of things that you were
19      hearing from the county-level users?
20   A  Really some further clarification and direction on
21      how to process records as they're received and how
22      to process if there was information missing from
23      the submission, what their options were.
24   Q  Any other kind of feedback that you heard through
25      county-level users?
```

Page 118

```
 1   A  Some suggestions on how to improve it.  Always good
 2      feedback.
 3   Q  What were those suggestions?
 4   A  Mostly around design layout, navigation.  I don't
 5      have a list in front of me, but pretty typical
 6      stuff.  Everybody's a web developer (smiling).
 7   Q  If you recall, what percentage of those design
 8      layout, navigation suggestions were specific to
 9      things that were only accessed or accessible to
10      county-level users?
11   A  I don't think I understand the question.  Sorry.
12   Q  Well, so what I understand about the work done on
13      the voters with print disabilities project is that
14      some of the coding that Civix had to do was only
15      ever going to be accessed by the county-level users
16      and that went live in March, whereas Civix also
17      coded things that were supposed to be primarily
18      accessed in an HTML version by voters and that went
19      live in April.
20          So what I'm trying to understand is:  If you
21      heard from the counties about improvements to
22      design layout and navigation of the system, which
23      system was it?  The one that was only for the
24      counties or in one that was for the voters?
25   A  Oh, we've heard feedback on both.  There are few
```

Page 119

```
 1      moving parts on the I'll say county-facing internal
 2      to SVRS functionality.  There just weren't a lot of
 3      changes there, so that has a lot less feedback.
 4      The public site, I think we're getting more ideas
 5      and submissions for consideration.
 6   Q  So in terms of the public site, the voter-facing
 7      site, do you remember the specifics of any
 8      suggested improvements as to design layout and/or
 9      navigation?
10   A  There's been a lot of discussion and feedback about
11      the content, specifically the text that was
12      provided, and so that's something that the State
13      will have to agree on how or if they want to edit
14      or update the directions or the text.  I think
15      there's been some recommendation on the navigation,
16      this being a combined form, maybe changing how a
17      user might navigate and select one aspect of that.
18      So if they have no voter registration edit but only
19      an ABS request to submit, might change the click
20      path there.  I say all might because these are
21      things that the State would have to agree on and
22      direct us to do.  I think the third one is just
23      around which fields are required versus not
24      required, maybe some changes there.
25   Q  Then you also mentioned that there was some
```

Page 120

```
 1      feedback from the State about the voter-facing
 2      form.  What kind of feedback did that entail?
 3   A  I just covered all of it.  Sorry.
 4   Q  So the feedback that you just gave me was both?
 5   A  It was both county and State, so I'm mixing them
 6      all in.  Those are the highlights, if you will.
 7   Q  What about the text provided by the State was
 8      suggested might be altered?
 9   A  I don't remember the specific wording, but I think
10      they would like to wordsmith some of the directions
11      that's given on the site.
12   Q  Do you remember what about the directions drew
13      attention?
14   A  No, I don't.  They're just words
15      frankly (laughing).  If they give us some text, we
16      can update the text.
17   Q  Does Civix have any internal ideas of how you might
18      improve this form since it's gone live?  Or in the
19      development or direction of it have you all come up
20      with ideas for things that you would like to do
21      differently possibly in the future or possibly next
22      time in this process?
23   A  We've not convened the team to compile all that.
24      With an election one week out, we've got our hands
25      full (laughing).  So that is something we'll get
```

Page 121

1    to, but frankly we take a lot of the State's
2    suggestions and direction really and those from the
3    counties and we work from really their perspective
4    more than anything.
5    Q  All right.  Is there anything else that is
6    important about this process or this form that we
7    haven't discussed already that you think we should
8    know?
9    A  Probably know more about it than I do (laughing).
10    Q  That's not true (laughing).
11    A  No, I don't think so.
12    Q  Sounds good.
13    A  You've covered a lot of it.
14        MS. BRANDT-YOUNG:  So I think that at this
15    time the plaintiffs have nothing further, so I
16    think we're done here.
17        THE WITNESS:  Thank you.  I've enjoyed the
18    conversation.  You don't get that very often in a
19    deposition, do you?
20        MS. BRANDT-YOUNG:  I would be interested in
21    hearing the other attorneys on the call discuss
22    this, perhaps not on the record, but frequently
23    these conversations are either difficult because
24    it's in a very artificial format or they're
25    delightful, although delightful is rare.

Page 122

1    THE WITNESS:  I can imagine.
2        MS. BRANDT-YOUNG:  Well, we're very, very
3    grateful to you, sir, for explaining all these
4    things to us and being patient about it.  So thank
5    you very, very much.
6        And is there anything else that all of us need
7    to do while we are together?
8        MS. ABSHIRE:  Nothing I can think of.
9        MS. BRANDT-YOUNG:  All right.  Thank you very,
10    very much, Mr. Fahey.  Thank you very, very much,
11    Michele.  We'll see everybody else as soon as
12    there's a need.
13        THE WITNESS:  Thank you.  Have a good day.
14        MS. BRANDT-YOUNG:  Thank you very much.
15    (Exhibits 1-10 were marked.)
16    (The deposition concluded at 3:13 p.m.)
17
18
19
20
21
22
23
24
25

Page 123

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
2              INDIANAPOLIS DIVISION
3    AMERICAN COUNCIL OF THE      )
     BLIND OF INDIANA,            )
4    INDIANA PROTECTION AND       )
     ADVOCACY SERVICES COMMISSION,)
5    KRISTIN FLESCHNER,           )
     RITA KERSH, AND              )
6    WANDA TACKETT,               )
                                  )
7        Plaintiffs,    )
                                  )
8    -v-             ) CAUSE NO
                     ) 1:20-cv-03118-JMS-MJD
9                                 )
     INDIANA ELECTION COMMISSION; )
10    THE INDIVIDUAL MEMBERS OF THE)
     INDIANA ELECTION COMMISSION, )
11    IN THEIR OFFICIAL CAPACITIES;)
     INDIANA SECRETARY OF STATE,  )
12    IN HER OFFICIAL CAPACITY,    )
                                  )
13        Defendants     )
14          Job No  171529
        The Zoom 30(b)(6) deposition of SEAN FAHEY,
15    taken in the above-captioned matter, on April 15,
     2022, and on April 26, 2022, and at the time and place
16    set out on the title page hereof
17        It was requested that the deposition be
     transcribed by the reporter and that same be reduced
18    to typewritten form
        Absent a request by the parties or by
19    agreement, the reading and signing by the deponent to
     the deposition were waived on behalf of all the
20    parties by their respective counsel, the deponent
     being present and consenting thereto, and/or pursuant
21    to Fed  R  Civ  P  30(e); and the deposition is to be
     read with the same force and effect as if signed by
22    said deponent
23        STEWART RICHARDSON DEPOSITION SERVICES
          Registered Professional Reporters
24        One Indiana Square, Suite 2425
          Indianapolis, IN  46204
25            (800)869-0873

Page 124

1    STATE OF INDIANA
2    COUNTY OF MARION
3        I, Michele K. Gustafson, CRR-RPR, a
4    Notary Public in and for said county and state, do
5    hereby certify that the deponent herein was by me
6    first duly sworn to tell the truth, the whole truth,
7    and nothing but the truth in the aforementioned
8    matter;
9        That the foregoing deposition was taken on
10    behalf of the Plaintiffs; that said deposition was
11    taken at the time and place heretofore mentioned
12    between 1:02 p.m. and 2:35 p.m. on April 15, 2022, and
13    between 1:03 p.m. and 3:13 p.m. on April 26, 2022;
14        That said deposition was taken down in
15    stenograph notes and afterwards reduced to typewriting
16    under my direction; and that the typewritten
17    transcript is a true record of the testimony given by
18    said deponent;
19        Absent a request by the parties or by
20    agreement, the reading and signing by the deponent to
21    the deposition were waived on behalf of all the
22    parties by their respective counsel, the deponent
23    being present and consenting thereto, and/or pursuant
24    to Fed. R. Civ. P. 30(e); and the deposition is to be
25    read with the same force and effect as if signed by

30(b)(6)

```
                                    Page 125
1    said deponent.
2         I do further certify that I am a disinterested
3    person in this cause of action; that I am not a
4    relative of the attorneys for any of the parties.
5         IN WITNESS WHEREOF, I have hereunto set my
6    hand and affixed my notarial seal this 11th day of
7    May, 2022.
8
9
10
11
     My Commission expires:
12   August 31, 2025
13   Job No. 171529
14
15
16
17
18
19
20
21
22
23
24
25
```