UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF INDIANA, INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, KRISTIN FLESCHNER, RITA KERSH, and WANDA TACKETT, <br><br> *Plaintiffs*, <br><br> vs. <br><br> INDIANA ELECTION COMMISSION, INDIVIDUAL MEMBERS OF THE INDIANA ELECTION COMMISSION, INDIANA SECRETARY OF STATE, INDIANA ELECTION DIVISION, and CO-DIRECTORS OF THE INDIANA ELECTION DIVISION, <br><br> *Defendants*. | No. 1:20-cv-03118-JMS-MJD |

**ORDER**

Plaintiffs' Motion for Expedited Briefing, [Filing No. 129], is **GRANTED** to the extent that: (1) Defendants' Response to Plaintiffs' Motion for Summary Judgment and Permanent Injunction, or in the Alternative A Preliminary Injunction, including any Cross-Motion for Summary Judgment, is due **June 15, 2022**; (2) Plaintiffs' combined Response in Opposition to Defendant's Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment and Permanent Injunction, or in the Alternative A Preliminary Injunction, is due **July 13, 2022**, but Plaintiffs may elect to accelerate the briefing process by filing in advance of that deadline; and (3) Defendants' Reply in Support of Cross-Motion for Summary Judgment is due **5 business days** after the filing of Plaintiffs' combined Response and Reply.

Date: 6/8/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF only to all counsel of record.