UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMERICAN COUNCIL OF THE BLIND OF INDIANA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-03118-JMS-MJD |
| INDIANA ELECTION COMMISSION, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to Continue Settlement Conference. [Dkt. 155.] The motion requests a 60-day continuance of the August 10, 2022 telephonic settlement conference. [*Id.*] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. The August 10, 2022 telephonic settlement conference is **CONTINUED** to **Thursday, September 15, 2022 at 9:30 a.m. (Eastern)**. All other requirements of the Court's Orders scheduling the settlement conference [Dkts. 143 & 151] remain in effect.

In addition, this matter is scheduled for a telephonic status conference on **Wednesday, August 10, 2022 at 1:00 p.m. (Eastern)** to discuss the parties' readiness for the upcoming settlement conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated:  4 AUG 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.