# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND )<br>OF INDIANA, INDIANA PROTECTION )<br>AND ADVOCACY SERVICES )<br>COMMISSION, KRISTIN FLESCHNER, )<br>RITA KERSH, and WANDA TACKETT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INDIANA ELECTION COMMISSION; )<br>THE INDIVIDUAL MEMBERS of the )<br>INDIANA ELECTION COMMISSION, )<br>in their official capacities; INDIANA )<br>SECRETARY OF STATE, in her official )<br>capacity; THE INDIANA ELECTION )<br>DIVISION; and THE CO-DIRECTORS )<br>OF THE INDIANA ELECTION )<br>DIVISION, in their official capacities; )<br>)<br>Defendants. ) | Case No. 1:20-cv-3118-JMS-MJD |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' Unopposed Motion to Extend Preliminary Injunction. For the reasons shown, the Court hereby **GRANTS** Plaintiff's Motion [177].

Defendants are **ORDERED** to make the use of traveling panels of the absentee voter board (colloquially referred to as "traveling boards") permissive, rather than mandatory, for voters with print disabilities seeking to vote absentee by mail pursuant to Ind. Code § 3-11-10-24 in the upcoming May 2023 Primary Election. Voters with print disabilities may complete their mail-in ballots with the assistance of an individual of their own choosing, as long as the individual is not the voter's employer, an officer of the voter's union, or an agent of the voter's

employer or union. Defendants shall notify county election boards that they must accept and count such ballots if otherwise valid.

Date: 1/30/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**