UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF INDIANA, INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, KRISTIN FLESCHNER, RITA KERSH, and WANDA TACKETT, | ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:20-cv-3118-JMS-MJD |
| v. | ) ) |
| INDIANA ELECTION COMMISSION; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; INDIANA SECRETARY OF STATE, in her official capacity; THE INDIANA ELECTION DIVISION; and THE CO-DIRECTORS OF THE INDIANA ELECTION DIVISION, in their official capacities; | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF CASE**

The undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation to dismiss the case as follows:

Pursuant to the settlement agreement reached by and between American Council of the Blind of Indiana, Indiana Protection and Advocacy Services Commission, Kristin Fleschner, Wanda Tackett, and Rita Kersh (Plaintiffs), and Indiana Election Commission, the individual members of the Indiana Election Commission in their official capacities, the Indiana Secretary of State in her official capacity, the Indiana Election Division, and the co-Directors of the Indiana Election Division in their official capacities (Defendants), all claims by Plaintiffs against

Defendants are hereby dismissed, with prejudice, each side to bear their own costs.

IT IS SO STIPULATED.

| | |
|---|---|
| Date: February 27, 2023. | Respectfully submitted, |
| /s/ Aaron T. Craft | /s/ Samuel M. Adams |
| Aaron T. Craft | Samuel M. Adams (No. 28437-49) |
| Deputy Attorney General | Thomas E. Crishon (No. 28513-49) |
| OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA | INDIANA DISABILITY RIGHTS |
| Indiana Government Center South, 5th Floor | 4755 Kingsway Drive, Suite 100 |
| 302 West Washington Street | Indianapolis, Indiana 46205 |
| Indianapolis, Indiana 46204-2770 | Tel: (317) 722-5555 |
| Phone: (317) 232-4774 | Fax: (317) 722-5564 |
| Fax: (317) 232-7979 | tcrishon@indianadisabilityrights.org |
| Email: Aaron.Craft@atg.in.gov | samadams@indianadisabilityrights.org |
| ATTORNEY FOR DEFENDANTS | Stuart Seaborn* |
| | sseaborn@dralegal.org |
| | Rosa Lee Bichell* |
| | rbichell@dralegal.org |
| | DISABILITY RIGHTS ADVOCATES |
| | 2001 Center St, Third Floor |
| | Berkeley, CA 94704 |
| | Phone: (510) 665-8644 |
| | Fax:    (510) 665-8511 |
| | |
| | Jelena Kolic* |
| | DISABILITY RIGHTS ADVOCATES |
| | 300 South Wacker Drive, 32nd Floor |
| | Chicago, IL 60603 |
| | jkolic@dralegal.org |
| | |
| | ATTORNEYS FOR PLAINTIFFS |